Case No. 25-3138

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

---

## VOTEAMERICA and VOTER PARTICIPATION CENTER,

*Plaintiffs-Appellees*

v.

## SCOTT SCHWAB, in his official capacity as Kansas Secretary of State; KRIS KOBACH, in his official capacity as Kansas Attorney General; and STEPHEN M. HOWE, in his official capacity as District Attorney of Johnson County

*Defendants-Appellants*

---

## APPELLANTS' APPENDIX – VOLUME IV

---

Appeal from the U.S. District Court for the District of Kansas
Honorable Kathryn H. Vratil, District Judge
District Court Case No. 2:21-CV-02253-KHV-GEB

---

Kris Kobach
  Attorney General
Anthony J. Powell
  Solicitor General
**Kansas Attorney General's Office**
120 SW 10th Ave., Room 200
Topeka, KS 66612-1597
Tel.: (785) 296-2215
Fax: (785) 291-3767
Email: anthony.powell@ag.ks.gov
Email: kris.kobach@ag.ks.gov

Bradley J. Schlozman
Scott R. Schillings
Garrett R. Roe
**HINKLE LAW FIRM LLC**
1617 N. Waterfront Parkway, Ste. 400
Wichita, KS 67206
Tel: (316) 267-2000
Fax: (316) 264-1518
Email: bschlozman@hinklaw.com
Email: sschillings@hinklaw.com
Email: groe@hinklaw.com

i

## TABLE OF CONTENTS – VOLUME IV

Document                                          Page(s)

Plaintiffs' Reply to Defendants' Response Following Remand ................................. 754

Memorandum & Order (on Remand) ......................................................... 775

District Court Judgment / Mandate.......................................................... 816

Defendants' Notice of Appeal .................................................................. 818

VCP000133 (VPC's 2020 General Election Absentee Ballot Application Mailing Statistics)......................................................................................... 820

Sample VPC Mailing .............................................................................. 821

Exhibit 15 to Debbie Cox Deposition ........................................................ 826

Exhibit Q – Examples of Shawnee County Deficient Ballots ................................... 827

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| VOTEAMERICA and VOTER PARTICIPATION CENTER, | |
| Plaintiffs, | Civil Action No. 2:21-CV-2253 |
| v. | |
| SCOTT SCHWAB, in his official capacity as Secretary of State of the State of Kansas; KRIS KOBACH, in his official capacity as Attorney General of the State of Kansas; STEPHEN M. HOWE, in his official capacity as District Attorney of Johnson County, | |
| Defendants. | |

**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE FOLLOWING REMAND**

**TABLE OF CONTENTS**

PRELIMINARY STATEMENT ............................................................................... 1

ARGUMENT ....................................................................................................... 2

   I.  The Prohibition Was Enacted For An Improper Purpose And Fails Strict Scrutiny .......... 2

  II.  Defendants Have Failed to Carry Their Burden That The Prohibition Survives Intermediate Scrutiny ..................................................................................... 3

      A.  The Proper Test Is Not Reasonableness ........................................................ 4

      B.  Defendants Fail To Carry Their Burden That The Prohibition Is Narrowly Tailored ................................................................................................. 8

      C.  Defendants Fail To Carry Their Burden That The Prohibition Leaves Open Ample Channels For Communications ........................................................ 15

CONCLUSION ................................................................................................... 15

# TABLE OF AUTHORITIES

**Cases**

*Anderson v. Celebrezze,*
   460 U.S. 780 (1983) .................................................................................................. 9

*Brewer v. City of Albuquerque,*
   18 F.4th 1205 (10th Cir. 2021) ......................................................................... passim

*Burdick v. Takushi,*
   504 U.S. 428 (1992) .................................................................................................. 8

*Citizens for Peace in Space v. City of Colorado Springs,*
   477 F.3d 1212 (10th Cir. 2007) .............................................................................. 11

*Cook v. Rockwell Int'l Corp.,*
   790 F.3d 1088 (10th Cir. 2015) ................................................................................ 5

*Cornelius v. NAACP Legal Def. & Educ. Fund, Inc.,*
   473 U.S. 788 (1985) ............................................................................................... 6, 7

*Daunt v. Benson,*
   999 F.3d 299 (6th Cir. 2021) ................................................................................ 9, 13

*Davenport v. Wash. Educ. Ass'n,*
   551 U.S. 177 (2007) .................................................................................................. 6

*Doe v. City of Albuquerque,*
   667 F.3d 1111 (10th Cir. 2012) ............................................................................ 8, 9

*Frank v. Lee,*
   84 F.4th 1119 (10th Cir. 2023) ............................................................................ 9, 13

*Frank v. Walker,*
   768 F.3d 744 (7th Cir. 2014) .................................................................................. 14

*Little v. Budd Co., Inc.,*
   955 F.3d 816 (10th Cir. 2020), *as corrected* (Apr. 6, 2020) .................................... 5

*McCraw v. City of Oklahoma City,*
   973 F.3d 1057 (10th Cir. 2020) ............................................................................ 7, 11

*McCullen v. Coakley,*
   573 U.S. 464 (2014) ................................................................................................ 12

*Munro v. Socialist Workers Party,*
    479 U.S. 189 (1986)................................................................................. 9, 10, 13, 14

*Rideout v. Gardner,*
    838 F.3d 65 (1st Cir. 2016)......................................................................... 14

*Shane v. Buck,*
    658 F. Supp. 908 (D. Utah 1985),
    *aff'd,* 817 F.2d 87 (10th Cir. 1987)............................................................. 7

*Turner Broad. Sys., Inc. v. F.C.C.,*
    512 U.S. 622 (1994).................................................................................... 15

*U.S. Postal Service v. Greenburgh Civic Assns.,*
    453 U.S. 114 (1981).................................................................................... 7

*Verlo v. Martinez,*
    820 F.3d 1113 (10th Cir. 2016) .................................................................. 5, 6

*Vidal v. Elster,*
    602 U.S. 286 (2024).................................................................................... 7

*VoteAmerica v. Schwab,*
    121 F.4th 822 (10th Cir. 2024)
    [hereinafter *VoteAmerica II*] ..................................................................... passim

*VoteAmerica v. Schwab,*
    671 F. Supp. 3d 1230 (D. Kan. 2023)
    [hereinafter *VoteAmerica I*] ...................................................................... passim

**Other Authorities**

Hanna, *Kansas has among the shortest windows for voting by mail in the US. It will get
    shorter next year.* THE ASSOCIATED PRESS (Mar. 25, 2025, 7:38 PM),
    https://apnews.com/article/voting-rights-mail-ballots-kansas-
    055b070d97c159ad5c1859686fba394f.................................................................. 2

*Voting Laws Roundup: September 2024,* BRENNAN CENTER FOR JUSTICE (Sept. 26, 2024),
    https://www.brennancenter.org/our-work/research-reports/voting-laws-roundup-
    september-2024................................................................................................ 2

**PRELIMINARY STATEMENT**

Defendants far exceed the scope of remand. Ignoring the Tenth Circuit's instructions, Defendants now latch onto a procedurally barred argument that this Court should assess whether the content-based Personalized Application Prohibition (the "Prohibition") is a "reasonable" restriction on Plaintiffs' protected speech. *See* ECF No. 202 ("Opp.") at 16. The Tenth Circuit instructed the parties to submit "argument and evidence regarding whether the purpose or justification for the Prohibition was to suppress speech favoring mail voting." *VoteAmerica v. Schwab*, 121 F.4th 822, 851 (10th Cir. 2024) [hereinafter *VoteAmerica II*]. If so, the Court must review the Prohibition under strict scrutiny; if not, it should apply intermediate scrutiny. *Id.* at 852.

Defendants also ask this Court to draw factual findings anew. The Tenth Circuit did not scrutinize this Court's findings of fact, make findings of its own, or direct this Court to reassess its findings. *See id.* at 834. Moreover, Defendants obscure that the parties stipulated to the fact that witnesses gave particular testimony, not the truth of the underlying testimony. This Court resolved any contradictory testimony in its findings of fact. *See VoteAmerica v. Schwab*, 671 F. Supp. 3d 1230, 1234–40 (D. Kan. 2023) [hereinafter *VoteAmerica I*].

Procedural flaws aside, Defendants' arguments also fail on the merits. They have failed to rebut Plaintiffs' evidence and argument that the Prohibition was enacted for an impermissible purpose. This Court should apply strict scrutiny. But even if it does not, Defendants have failed to carry their burden that the Prohibition survives intermediate scrutiny.

Defendants' opposition boils down to a misleading retelling of the facts without applying the standards of intermediate scrutiny. They attempt to inject favorable standards based on inapposite case law. At bottom, the facts have not changed. Even under intermediate scrutiny, and even if this Court were to consider the stipulated facts anew, the outcome would be the same: Defendants have failed to carry their burden of proving the constitutionality of the Prohibition.

## ARGUMENT

### I.    The Prohibition Was Enacted For An Improper Purpose And Fails Strict Scrutiny

The Prohibition applies only to speech advocating for mail voting. As this Court previously reasoned, "[a]n organization with a neutral or negative opinion toward advance mail voting would not expend its resources to personalize mail ballot applications for specific voters." *VoteAmerica I*, 671 F. Supp. 3d at 1242. Indeed, the process for personalizing applications adds additional steps and cost to the application mailing process. ECF No. 176 ("Stipulated Facts") ¶ 45. Thus, even if the Prohibition is facially viewpoint-neutral, in practice the Prohibition unconstitutionally singles out certain speech based on viewpoint; here, views advocating for mail voting. The Tenth Circuit acknowledged that this fact speaks to whether an impermissible purpose to suppress speech favoring mail voting underpins the Prohibition. *VoteAmerica II*, 121 F.4th at 851.

Defendants argue that the Prohibition cannot possibly be motivated by an improper justification because Kansas has "long been at the forefront of absentee voting." Opp. at 2. Whether and how Kansas accommodated out-of-precinct voters during the Civil War is beside the point.[1] While Defendants cite evidence of Kansas's historical support of mail voting from 1868 through 1996, Kansas has taken steps since then that are less favorable to mail voting. *See* Opp. at 2–3, 8. Kansas's recent history reflects legislation that may make it more difficult for voters to vote by mail.[2]

---

[1] In more recent history, two weeks ago the Kansas legislature overrode Governor Kelly's veto of a bill eliminating a three-day grace period for voters to return mail ballots that are postmarked by election day, leaving Kansas voters with only twenty days to return mail ballots, one of the shortest in the country. John Hanna, *Kansas has among the shortest windows for voting by mail in the US. It will get shorter next year*, THE ASSOCIATED PRESS (Mar. 25, 2025, 7:38 PM), https://apnews.com/article/voting-rights-mail-ballots-kansas-055b070d97c159ad5c1859686fba394f.

[2] According to a nonpartisan law and policy institute, the restrictive voting laws the Kansas legislature enacted in 2021—including H.B. 2332 (which includes the Prohibition and the Out-of-State Distributor Ban) and H.B. 2183— "curtail access to mail voting," "curb[] voters' ability to receive assistance with absentee voting" under threat of criminal penalties, and shorten the window to return a mail ballot. *Voting Laws Roundup: September 2024*, BRENNAN CENTER FOR JUSTICE (Sept. 26, 2024), https://www.brennancenter.org/our-work/research-reports/voting-laws-roundup-september-2024.

The history of H.B. 2332 itself suggests less support for mail voting, and particularly its encouragement by third parties. In her letter vetoing H.B. 2332, Kansas Governor Laura Kelly characterized the bill as "restrictive voting legislation" that provided "a solution to a problem that doesn't exist" and "mak[es] it more difficult for [Kansans] to participate in the democratic process."[3] Indeed, by the parties' stipulation, H.B. 2332's Out-of-State Distributor Ban (barring any non-resident and non-domiciliary of Kansas from mailing, or causing to be mailed, an advance mail ballot application) "violates the First and Fourteenth Amendments." ECF No. 73; *see* ECF No. 176 ¶ 187. This is direct evidence that the legislation enacting the Prohibition also enacted a separate provision that unconstitutionally targeted speech that encouraged mail voting.

To be clear, Plaintiffs are not suggesting that this Court strike down the Prohibition based solely on the Out-of-State Distributor Ban's unconstitutionality. But the full scope of H.B. 2332 provides insight into the legislature's purpose in enacting the legislation. It is likewise notable that none of Defendants' stated interests for the Prohibition are part of the legislative record, *VoteAmerica II*, 121 F.4th at 832; nor, as argued in Part II.B. *infra*, have Defendants established that these interests are served by the Prohibition.

This Court should hold that the Prohibition was enacted with the improper purpose of restricting pro-mail voting communications and apply strict scrutiny review. For the reasons this Court has already held, as well as for the reasons the Prohibition cannot survive even intermediate scrutiny, Defendants have failed to establish that the Prohibition survives strict scrutiny.

## II. Defendants Have Failed to Carry Their Burden That The Prohibition Survives Intermediate Scrutiny

The Tenth Circuit instructed this Court to apply intermediate scrutiny if it did not find the Prohibition was enacted for an impermissible purpose. After initially conceding that the

---

[3] *See* PXM 33 (Governor Kelly's veto letter); *see also* ECF 176 ¶ 124.

Prohibition "must be analyzed under intermediate scrutiny," Opp. at 12, Defendants disregard the Tenth Circuit's instruction and try to justify a downward departure from that standard of review. Defendants argue for the first time that an advance mail ballot application "is, *at most*, a non-public forum," and courts must defer to "states' electoral regulations," such that "[t]he proper test is reasonableness," not intermediate scrutiny. Opp. at 14–16. These arguments are procedurally improper and lack merit. If the Court finds no improper purpose, then the proper test, as the Tenth Circuit instructed, is intermediate scrutiny. The government has the burden of persuasion.

Yet Defendants contend that, even if this Court applies intermediate scrutiny, the requirement that the government must demonstrate that its recited "harms are real" does not apply because the Prohibition is a ballot access restriction, *id.* at 20–21, states can adopt "prophylactic legislation" to "protect against voter confusion and ensure smooth election administration," *id.* at 26, and states can "enact[] preventative measures" to avoid voter fraud and enhance election integrity, *id.* at 27–28. These arguments are based on inapposite cases applying more deferential standards of review and should be disregarded. Defendants have failed to carry their burden.

### A.     The Proper Test Is Not Reasonableness

*First*, Defendants argue that because the advance mail ballot application is not a traditional public forum, intermediate scrutiny does not apply. Opp. at 14–15. This argument is waived as Defendants raise it for the first time on remand. While Defendants argued for the first time on appeal with respect to Plaintiffs' associational claim that "the alleged *association* is occurring via a non-public forum," Aplt. Br. at 51 (emphasis added), as Plaintiffs previously pointed out, that argument was waived. Aple. Br. at 41 n.13. "[A]bsent extraordinary circumstances, arguments raised for the first time on appeal are waived, . . . whether the newly raised argument is a bald-faced new issue or a new theory on appeal that falls under the same general category as an argument presented at trial." *Little v. Budd Co., Inc.*, 955 F.3d 816, 821 (10th Cir. 2020), *as*

*corrected* (Apr. 6, 2020) (quotations and citations omitted). Defendants' new public forum argument is certainly waived on remand. *See Cook v. Rockwell Int'l Corp.*, 790 F.3d 1088, 1093 (10th Cir. 2015) ("This court has long explained that non-jurisdictional arguments a party forfeits on appeal may not be asserted . . . on remand.").

The Tenth Circuit has adhered to the waiver doctrine on this exact issue. In *Verlo v. Martinez*, the Tenth Circuit noted that the defendant had "either made a strategic decision to forgo any argument that the Restricted Areas are nonpublic fora, or inadequately presented that argument to the district court" such that "the argument is waived." 820 F.3d 1113, 1128–29 (10th Cir. 2016). The Tenth Circuit reiterated that "the procedural posture of this appeal restricts the scope of our inquiry. That is, we need not determine whether the Restricted Areas are, in fact, public or nonpublic fora to resolve this interlocutory appeal." *Id.* at 1130; *see also Brewer v. City of Albuquerque*, 18 F.4th 1205, 1219–20 (10th Cir. 2021) (assuming restrictions impacted a traditional public forum because defendants did not contest the forum analysis on appeal).

Here, Defendants did not mount a forum analysis challenge before this Court. Defendants' appeal focused on "the proper standard of judicial scrutiny under which Kansas' Pre-Filled Application Prohibition must be evaluated." Aplt. Br. at 1 (Statement of the Issues). Nowhere in this lengthy section of Defendants' appellate brief do Defendants raise, or even mention, a forum analysis. *See* Aplt. Br. at 28–47 (III. The Pre-Filled Application Prohibition Must be Evaluated Under [sic] Deferential Standard). Since forum analysis was not at issue before the Tenth Circuit and, heretofore, was never raised to this Court, it should not be entertained now.

Tellingly, the Tenth Circuit raised *sua sponte* the "somewhat analogous context of content restrictions on the use of government property constituting a nonpublic forum" and cited the standard that applies in that context. *See VoteAmerica II*, 121 F.4th at 849–51 (discussing

*Davenport v. Wash. Educ. Ass'n*, 551 U.S. 177, 188 (2007)). If the Tenth Circuit had determined that the *Davenport* standard applied, it would have said so or, at the very least, directed this Court to consider whether that standard applies.[4] It did not. Instead, it directed this Court to apply "intermediate scrutiny" whereby "the government must show that the regulation 'is narrowly tailored to achieving significant government interests, and … leaves open ample alternative channels of communication.'" *VoteAmerica II*, 121 F.4th at 852 (quoting *Brewer*, 18 F.4th at 1220). The Tenth Circuit explicitly decided that intermediate scrutiny applies on remand (absent a finding of an impermissible purpose) and, by implication, decided that the *Davenport* standard for nonpublic fora—or any other "less-demanding scrutiny"—is inapplicable. *Id*. at 849.

Even if Defendants' argument were not procedurally barred, it would fail on the merits. Defendants argue that the advance mail ballot application form itself is a non-public forum. Opp. at 14–15. However, the Prohibition does not restrict access to the form itself; it bars Plaintiffs from using the mail to solicit others to vote by mail by sending a personalized form.

Even under the *Cornelius* standard advanced by Defendants, the forum analysis proceeds in three steps: (1) Is the speech at issue protected by the First Amendment? (2) What is the nature of the forum in which the speech occurs? (3) Do the "justifications for exclusion from the relevant forum satisfy the requisite standard"? *See Cornelius v. NAACP Legal Def. & Educ. Fund, Inc.*, 473 U.S. 788, 797 (1985). For example, in *Cornelius*, the speech was the solicitation of funds, and the forum was an annual charitable fund-raising drive held in a federal workplace. *See id.* at 797, 801. Here, the protected speech is the personalized applications. *See VoteAmerica II*, 121 F.4th at 836 (describing "the prefilled applications" as "speech" that is not transformed to "conduct"

---

[4] *Cf. Verlo*, 820 F.3d at 1138 (noting that because the district court must reach a final decision on whether to enter a permanent injunction, "the parties must present evidence, and the district court must enter factual findings supporting its conclusion, that each of the Restricted Areas constitutes a traditional public forum, a designated public forum, or a nonpublic forum").

because the Prohibition restricts the distribution of the speech). The forum in which the speech occurs—and to which the Prohibition denies access—is the mail.

Unlike a workplace that "exists to accomplish the business of the employer," the mail is a quintessential public forum. *Cornelius*, 473 U.S. at 805. To determine whether a particular forum is public or nonpublic, courts look at "the objective characteristics of the property, such as whether, by long tradition or by government fiat, the property has been devoted to assembly and debate." *McCraw v. City of Oklahoma City*, 973 F.3d 1057, 1067 (10th Cir. 2020) (internal quotation omitted). "The Postal Service . . . is a public forum." *Id.* (quoting *U.S. Postal Service v. Greenburgh Civic Assns.*, 453 U.S. 114, 101 (1981) (White, J. concurring)). "The mails have played a crucial role in communication in this country from its earliest days." *Shane v. Buck*, 658 F. Supp. 908, 916 (D. Utah 1985), *aff'd*, 817 F.2d 87 (10th Cir. 1987). Accordingly, the appropriate standard would still be intermediate scrutiny, not "reasonableness." *Brewer v*, 18 F.4th at 1220.

*Second*, continuing to flout the Tenth Circuit's instructions, Defendants argue that the history of regulating elections warrants "a standard more akin to reasonableness." Opp. at 15–16. Defendants argue that *Vidal* compels this conclusion. *Id.* at 15. It does not. The Tenth Circuit merely raised *Vidal* as one of several examples of a "content-based" but "viewpoint-neutral restrictions" subject to "less-demanding scrutiny" to justify a departure from the "general rule" that strict scrutiny applies to for content-based restrictions. *See VoteAmerica II*, 121 F.4th at 848–49 (discussing *Vidal v. Elster*, 602 U.S. 286 (2024)). The Tenth Circuit gave no indication that this Court should determine the level of scrutiny to apply to the Prohibition based on whether election regulations—like the trademark restrictions at issue in *Vidal*—are "uniquely content-based" and have a long history of coexistence with the First Amendment under *Vidal*. To the contrary, the Tenth Circuit already rejected this reasoning when it rejected Defendants' argument that the

*Anderson-Burdick* balancing test applies. *See VoteAmerica II*, 121 F.4th at 838–43. Defendants try to analogize the history of trademark regulation to the history "of federal courts deferring to states' election regulations" to argue that the Prohibition "simply functions as a critical component of the actual voting process." Opp. at 15–16 (citing *Burdick v. Takushi,* 504 U.S. 428, 433 (1992)). This is nothing more than a repackaging of Defendants' *Anderson-Burdick* argument that the Tenth Circuit already rejected by explaining that the rationales for applying the *Anderson-Burdick* test do not apply "whenever an election law is challenged," but rather only to election regulations that govern certain "electoral mechanisms," like those that "control ballot access." *VoteAmerica II*, 121 F.4th at 843. The Tenth Circuit concluded that the Prohibition regulates "pure speech," not the "mechanisms of the electoral process." *Id.* This Court should not apply a "reasonableness" review.[5]

### B.    Defendants Fail To Carry Their Burden That The Prohibition Is Narrowly Tailored

Under intermediate scrutiny, "[t]he government has the burden of persuasion" and "must show that the regulation 'is narrowly tailored to achieving significant government interests, and ... leaves open ample alternative channels of communication.'" *VoteAmerica II*, 121 F.4th at 852 (quoting *Doe v. City of Albuquerque*, 667 F.3d 1111, 1131 (10th Cir. 2012); *Brewer*, 18 F.4th at 1220). Defendants fail meet this burden.

Narrow tailoring under intermediate scrutiny requires the government to "demonstrate not only that the regulation does not sweep too broadly, but also that the interests advanced as justifying the regulation are real, and not speculative—and that the regulation addresses or ameliorates those interests in a direct manner." *Brewer*, 18 F.4th 1205 n.14. For each of their purported interests—to minimize voter confusion, facilitate orderly and efficient election

---

[5] In any event, given the lack of tailoring between Defendants' stated interests and the Prohibition, *see infra* Part II.B., Plaintiffs doubt they could carry their burden to establish that the Prohibition is reasonable.

administration and enhance public confidence in the integrity of the electoral process, and avoid voter fraud—Defendants have failed to demonstrate a "real" harm, establish that the Prohibition would ameliorate that harm, or explain why less restrictive alternatives are insufficient.

Throughout their response, Defendants attempt to downplay their burdens by reference to inapposite cases, often those that apply the *Anderson-Burdick* framework rather than intermediate scrutiny. *See, e.g.*, Opp. at 27 (citing *Daunt v. Benson*, 999 F.3d 299, 329–31 (6th Cir. 2021) (Readler, J., concurring) (criticizing the subjectivity of the *Anderson-Burdick* balancing). For example, Defendants rely heavily on *Munro v. Socialist Workers Party*, 479 U.S. 189, 195–96 (1986). *See* Opp. at 21, 26, 28. But *Munro* is inapposite: it reaffirmed and applied the standard from *Anderson v. Celebrezze*, 460 U.S. 780 (1983) (of the *Anderson-Burdick* framework) to "restrictions on ballot access." 479 U.S. at 194–96. The Tenth Circuit foreclosed reliance on this line of cases when it "conclude[d] that the Prohibition is not subject to *Anderson-Burdick* balancing" because "[t]he Prohibition does not regulate any of the electoral mechanisms traditionally analyzed under Anderson-Burdick balancing: it does not control ballot access . . . or voters' ability to vote." *VoteAmerica II*, 121 F.4th at 843. Defendants also reference the relaxed burden of proof that applies to electioneering prohibitions, *see* Opp. at 26 (citing *Frank v. Lee*, 84 F.4th 1119, 1140 (10th Cir. 2023)), ignoring that *Frank* states that, "where the 'First Amendment right does not threaten to interfere with the act of voting itself,' . . . the modified burden does not apply. Instead, in those circumstances, 'states must come forward with more specific findings to support the regulation.'" 84 F.4th at 1141 (internal alterations and citations omitted). *Frank* is inapposite. The Prohibition affects pure speech; it does not interfere with the act of voting itself.[6]

---

[6] Defendants also collect cases where other speech regulations that have survived intermediate scrutiny. Opp. at 24–25. But "[g]eneral reference to other cases involving other cities, other restrictions, other interests to be served, and other constitutional challenges do not relieve the [defendant]'s burden in this case." *Doe*, 667 F.3d at 1134

Stripping away these inapt comparisons, Defendants' opposition boils down to a reliance on cherry-picked snippets of declarations while ignoring contradictory live testimony and this Court's findings of fact that resolved such contradictions against Defendants. The factual record remains fundamentally unchanged from this Court's prior opinion and fares no better under intermediate scrutiny. Defendants have failed to carry their burden under intermediate scrutiny.

1.    The Prohibition Is Not Narrowly Tailored To Minimize Voter Confusion

Defendants try to show that avoiding voter confusion was a compelling reason to enact the Prohibition, but each of their arguments falls flat.

*First*, Defendants argue that they need not "prove actual voter confusion . . . as a predicate for the imposition of reasonable ballot access restrictions." Opp. at 21 (quoting *Munro*, 479 U.S. at 194–95). As explained above, *Munro* and its application of *Anderson* are inapposite and foreclosed by the Tenth Circuit's decision.

*Second*, Defendants assert that they may justify speech restrictions with anecdotes or even "based solely on history, consensus, and simple common sense." Opp. at 20 (quoting *Brewer*, 18 F.4th at 1243–44). But the very next sentence in *Brewer* is: "But the City's prerogative to determine how to support a regulation *does not extinguish its burden to show that its recited harms are real*." 18 F.4th at 1244 (emphasis added) (internal quotations and citations omitted). The *Brewer* court concluded that "the City put forward inadequate evidence of real, non-speculative harms" that the regulation at issue was purportedly designed to prevent and that, "more significantly, the evidence [the City] *has* put forward *belies* any notion that the City, in reality, faces such harms." *Id.* (emphasis original). The *Brewer* court concluded that the City's "reliance on scattered anecdotes in the record and its generic invocation of 'common sense' are simply not enough to demonstrate that [the restriction] is directed at remediating real harms." *Id.* Here, too, Defendants' proffered evidence belies that voters were confused by the fact that the applications

they received were prefilled, including Shawnee County Election Commission Andrew Howell's testimony that he "does not believe that voters were confused or frustrated because the applications which they received were pre-filled." *VoteAmerica I*, 671 F. Supp. 3d at 1253.

*Third*, Defendants claim to have produced "objective evidence" of voter confusion. Opp. at 19–20. The underlying stipulated facts are far more limited. Some stipulate only to what Defendants' witnesses attested about what someone else told them, while others intentionally obfuscate whether the confusion was caused by duplicate applications or the fact that applications were prefilled. Defendants seem to claim that voter confusion "led to an explosion of duplicate applications." Opp. at 19. But the underlying stipulated facts do not demonstrate that any purported voter confusion caused duplicate applications. Further, Defendants ignore testimony attributing more duplicate applications to an overall increase in mail voting due to greater voter participation and the COVID-19 pandemic. ECF No. 176 ¶¶ 147–48. In sum, Defendants provide no reason for this Court to disrupt its prior finding that Defendants failed to "demonstrate[] that in this context, any 'surge' of 'inaccurate and duplicate' advance mail ballot requests was fairly attributable to activity which the [] Prohibition seeks to prohibit." *VoteAmerica I*, 671 F. Supp. 3d at 1252.

Moreover, Defendants fail to "specifically define" their interest in preventing voter confusion. *See Brewer*, 18 F.4th at 1226 (10th Cir. 2021) (quoting *Citizens for Peace in Space v. City of Colorado Springs*, 477 F.3d 1212, 1223 (10th Cir. 2007)). "This specificity requirement is 'critical to prevent restrictions on speech designed to advance other interests that would not on their own justify the burden on expression.'" *Brewer*, 18 F.4th at 1226–27 (quoting *McCraw*, 973 F.3d at 1071 n.10). Here, Defendants do not assert the specific form of voter confusion the Prohibition supposedly prevents, whether confusion about the source of the mailings or something

else.[7] And "defendants presented no evidence on how criminalizing the mailing of personalized mail ballot applications would prevent confusion as to the source of the pre-filled advance mail ballot." *VoteAmerica I*, 671 F. Supp. 3d at 1253.

*Fourth*, Defendants try to explain why less restrictive alternatives are insufficient by asserting (without citation) that "the legislature clearly endeavored to maintain its solicitude of mail voting and limit the intrusion on any speech rights while still addressing the problem that had occurred in 2020." Opp. at 23. They ignore Plaintiffs' argument that other provisions of H.B. 2332 effectively remedy voter confusion about the sender, *see* Pls. Br. at 17, though "the government must demonstrate that alternative measures that burden substantially less speech would fail to achieve the government's interests, not simply that the chosen route is easier." *McCullen v. Coakley*, 573 U.S. 464, 495 (2014). Defendants have not shown that Kansas "seriously undertook to address the problem with less intrusive tools readily available to it." *Id.* at 494.

In sum, Defendants are unable to demonstrate that the Prohibition provides more than ineffective or remote support for Defendants' stated purpose, or sufficiently serves those public interests in a direct and effective (i.e., material) way, such that the Prohibition is not "narrowly tailored and, consequently, contravenes the First Amendment." *See Brewer*, 18 F.4th at 1227.

    2.     <u>The Prohibition Is Not Narrowly Tailored To Promote Orderly And Efficient Election Administration And Enhance Public Confidence In The Electoral Process</u>

Defendants likewise fail to establish that the Prohibition is narrowly tailored to promoting efficient election administration and enhancing public confidence in the electoral process.[8]

---

[7] *See* ECF 176 ¶ 143 (confusion "that the applications had been sent to them by the Shawnee County Election Office"); ¶ 144 (voters reporting applications had been sent to deceased individuals); ¶ 150 (describing an "effort to remind voters that most prefilled applications had come from CVI and not the county election office").

[8] Defendants' theory that personalized application diminish public confidence appears only in a footnote in its appellate brief that referenced "the diminished public confidence resulting from thousands of inaccurate applications floating throughout the State." Aplt. Br. at 43 n.12.

*First*, Defendants rely on *Frank*, 84 F.4th at 1140 and *Munro*, 479 U.S. at 195 to argue that in the context of election regulation, states are afforded a greater degree of deference to adopt prophylactic legislation to protect against voter confusion and ensure smooth election administration. Opp. at 26 As discussed above, these cases are inapposite. The Prohibition at issue is not an electioneering or ballot access regulation. A more deferential standard does not apply.

*Second*, Defendants claim (without citation) that "many" erroneously pre-filled applications were submitted to county election officials. Opp. at 26. However, even if this evidence appeared in the record, it would be undercut by the repeated testimony from election officials that they did not track and do not know how many of the applications that they received had been prefilled, never mind erroneously prefilled. *See* ECF No. 176 ¶¶ 111, 140, 174. Then, Defendants re-raise their argument that the pre-filling cause voters to submit duplicate applications. Again, they ignore this Court's conclusion that "Defendants have not demonstrated that in this context, any 'surge' of 'inaccurate and duplicate' advance mail ballot requests was fairly attributable to activity which the [] Prohibition seeks to prohibit." *VoteAmerica I*, 671 F. Supp. 3d at 1252.

*Third*, Defendants attempt to minimize the evidence suggesting that "pre-filling applications can make processing them easier" by arguing that "it is not the role of the federal judiciary . . . to second-guess a state legislature's policy decisions." Opp. at 27 (citing *Daunt*, 999 at 329–31 (Readler, J., concurring)). As explained above, Judge Readler's concurrence—which is not binding on the Sixth Circuit, let alone the Tenth—appears in an inapplicable case applying the *Anderson-Burdick* framework. It cannot distract from the fact that Defendants have failed to "put forward evidence of real, non-speculative harms" arising from personalized applications, including because "the evidence it *has* put forward"—including Defendants' evidence of the success of the 2020 election, Johnson County's sending of prepopulated applications, and County Elections

Director Debbie Cox's testimony that, in some ways, personalized applications are easier to process, *see* ECF No. 176 ¶¶ 40, 109, 117, 119, 184—"belies [the] notion that [the government], in reality, faces such harms." *See Brewer*, 18 F.4th at 1244.

In sum, Defendants' arguments fail to establish that the Prohibition is narrowly tailored to its enhancing efficient election administration or public confidence.

### 3.    The Prohibition Is Not Narrowly Tailored To Prevent Voter Confusion

With respect to their purported interest in voter fraud, Defendants do not even attempt to establish that such fraud is "real" or how the Prohibition would prevent any such fraud.

Defendants argue that they need not establish any actual fraud, again relying on *Munro*'s standard for justifying "reasonable ballot access restrictions," *see Munro*, 479 U.S. at 195–96; Opp. at 28; which, as noted above, the Prohibition is not. And "intermediate scrutiny is not satisfied by the assertion of abstract interests." *See Rideout v. Gardner*, 838 F.3d 65, 72 (1st Cir. 2016).

As to whether the Prohibition addressed fraud, Defendants rely on *Frank v. Walker*, 768 F.3d 744, 750–51 (7th Cir. 2014), where the Seventh Circuit discusses the "legislative fact" that a photo ID requirement promotes public confidence in the electoral system. *See* Opp. at 28. The same is simply not true here. Defendants' assertion that the Prohibition "makes it more difficult for nefarious actors to secure an advance ballot by using the data already partially pre-populated," Opp. at 28, finds no support in precedent, the record, or common sense. VPC's personalized applications include the voter's name, address, and county. *See* Aplt. App'x at 676 (Sample VPC mailer). To complete the application, the voter must add their driver's license number (or nondriver's ID card number), date of birth, phone number, and signature. *See id.* It is implausible to suggest that prefilling publicly available information would facilitate a fraudster who must, at a minimum, identify a voter's driver's license number and birthday and forge the voter's signature.

\*        \*        \*

In sum, Defendants have not carried their burden to "demonstrate that the recited harms are real, not merely conjectural, and that the regulation will in fact alleviate these harms in a direct and material way." *See Turner Broad. Sys., Inc. v. F.C.C.*, 512 U.S. 622, 664 (1994). Thus, the Prohibition "is not narrowly tailored and, consequently, contravenes the First Amendment." *See Brewer*, 18 F.4th at 1227. Moreover, Defendants repeatedly ignore Plaintiffs' arguments that less restrictive alternative measures would serve their interests. *See* Pls. Br. at 14–15, 19–20.

## C.    Defendants Fail To Carry Their Burden That The Prohibition Leaves Open Ample Channels For Communications

Because Defendants have not established that the Prohibition is narrowly tailored for their asserted interests, this Court "need not consider whether the [Prohibition] leaves open alternative channels of communication." *Brewer*, 18 F.4th at 1257. In any event, Defendants' argument mistakenly relies on the Tenth Circuit's discussion of whether *Meyer-Buckley* strict scrutiny applies to this case, *see* Opp. at 29 (quoting *VoteAmerica II*, 121 F.4th at 845), which is distinct from whether there are ample adequate, alternative channels under intermediate scrutiny. Defendants also decline to meaningfully engage with Plaintiffs' argument that open alternative channels may be functionally unavailable if organizations like Plaintiffs are unable to justify or afford access to these channels. *See* Pls. Br. at 20.

## CONCLUSION

Defendants have failed to carry their burden to justify the Prohibition under intermediate scrutiny. By extension, they cannot justify the Prohibition under strict scrutiny. This Court should enter judgment in favor of Plaintiffs and permanently enjoin the enforcement of the Personalized Application Prohibition.

Date: April 4, 2025

By:    */s/ Mark P. Johnson*
Mark P. Johnson

| | |
|---|---|
| Danielle M. Lang (*pro hac vice*) | Mark P. Johnson KS Bar #22289, D. Kan. #22289 |
| Alice C.C. Huling (*pro hac vice*) | **DENTONS US LLP** |
| Katherine Hamilton (*pro hac vice*) | 4520 Main Street, Suite 1100 |
| **CAMPAIGN LEGAL CENTER** | Kansas City, MO 64105 |
| 1101 14th Street, NW, St. 400 | 816/460-2400 |
| Washington, D.C. 20005 | 816/531-7545 (fax) |
| (202) 736-2200 | mark.johnson@dentons.com |
| DLang@campaignlegalcenter.org | |
| AHuling@campaignlegalcenter.org | Jonathan K. Youngwood (*pro hac vice*) |
| KHamilton@campaignlegalcenter.org | Meredith D. Karp (*pro hac vice*) |
| | Brooke Jarrett (*pro hac vice*) |
| | Nicole A. Palmadesso (*pro hac vice*) |
| | **SIMPSON THACHER & BARTLETT LLP** |
| | 425 Lexington Avenue |
| | New York, NY 10017 |
| | (212) 455-2000 |
| | jyoungwood@stblaw.com |
| | meredith.karp@stblaw.com |
| | bonnie.jarrett@stblaw.com |
| | nicole.palmadesso@stblaw.com |

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on this 4th day of April 2025, a copy of Plaintiffs'

Reply Brief has been served upon other counsel of record via electronic mail only, to the following:

Bradley J. Schlozman (KS Bar #17621)
Scott R. Schillings (Bar # 16150)
**HINKLE LAW FIRM LLC**
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206
Tel.: (316) 267-2000
Fax: (316) 630-8466
E-mail: bschlozman@hinklaw.com
E-mail: sschillings@hinklaw.com

*Attorneys for Defendants*


                                    */s/ Mark P. Johnson*
                                    Mark P. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

VOTEAMERICA and VOTER ) 
PARTICIPATION CENTER, )
)
)
Plaintiffs, )
)      **CIVIL ACTION**
)
v. )
)      **No. 21-2253-KHV**
)
SCOTT SCHWAB, in his official capacity as )
Secretary of State of the State of Kansas; )
KRIS KOBACH, in his official capacity as )
Attorney General of the State of Kansas; and )
STEPHEN M. HOWE in his official capacity )
as District Attorney of Johnson County, )
)
Defendants. )
_____)

## MEMORANDUM AND ORDER

VoteAmerica and Voter Participation Center ("VPC") bring suit for declaratory and injunctive relief against Scott Schwab in his official capacity as Kansas Secretary of State, Kris Kobach in his official capacity as Kansas Attorney General and Stephen M. Howe in his official capacity as District Attorney of Johnson County. VPC alleges that by preventing third parties from mailing prefilled mail ballot applications, Section 3(k)(2) of HB 2332 (codified as K.S.A. § 25-1122(k)(2)) violates its freedom of speech under the First Amendment, U.S. Const. amend. I. Pretrial Order (Doc. #140) filed September 30, 2022 at 15.

This matter is before the Court on Plaintiffs' Opening Brief (Doc. #200) filed January 21, 2025, Defendants' Response To Plaintiff VPC's Brief Following Remand (Doc. #202) filed March 14, 2025 and Plaintiffs' Reply To Defendants' Response Following Remand (Doc. #204) filed April 4, 2025. After careful consideration, the Court makes the following findings of fact and conclusions of law, as required by Rule 52(a)(1) of the Federal Rules of Civil Procedure.

For reasons set forth below, the Court finds in favor of plaintiff.[1]

## Findings Of Fact

Many of the Court's findings of fact are set forth in its Memorandum And Order (Doc. #183) filed May 4, 2023 ("VoteAmerica I"). The Tenth Circuit did not alter those findings on appeal, and on remand, the parties agreed that no further discovery or fact finding was necessary. The Court repeats its original findings of fact but supplements them to address issued raised on appeal to the Tenth Circuit.

### I.    Personalized Application Prohibition

On February 10, 2021, the Kansas Legislature introduced HB 2332, which included restrictions on the distribution of advance mail ballot applications to potential Kansas voters.[2] On May 3, 2021, over the veto of Governor Laura Kelly, the legislature enacted HB 2332. In part, HB 2332 sought to regulate third parties who use direct mailings to Kansas voters to

---

[1]    VoteAmerica has resolved all claims against defendants pursuant to a joint stipulation by the parties. See Stipulated Order For Permanent Injunction And Declaratory Relief (Doc. #73) filed February 25, 2022. Because VoteAmerica's claims have been fully resolved, the Court's reference to plaintiff is to VPC.

[2]    The legislation included several changes to Kansas election law. Relevant to this lawsuit, HB 2332 contained the Personalized Application Prohibition and the Out-of-State Distributor Ban. The Out-of-State Distributor Ban stated that "No person shall mail or cause to be mailed an application for an advance voting ballot, unless such person is a resident of this state or is otherwise domiciled in this state." HB 2332, Session of 2021 (Kan.), § 3(l)(1). The legislation also (1) prohibited the Kansas Governor, Secretary of State or Judicial Branch from modifying state election laws, id. at § 1(a)–(b), (2) required each county election officer to maintain a residential address and mailing address for each registered voter if the mailing address differed from the residential address, id. at § 2, (3) required organizations to include certain information and disclosures (such as the name and address of the mailing organization) on the mail ballot application, id. at § 3(k)(1), and (4) expanded the crime of election tampering to include changing, attempting to change, altering, destroying, concealing or manipulating any vote or voting mechanism and knowingly producing false vote totals, id. at § 4.

-2-

encourage them to vote by mail. As to direct mailings which include an application for an advance voting ballot, the statute stated as follows:

> The application for an advance voting ballot included in such mailing shall be the official application for advance ballot by mail provided by the secretary of state. *No portion of such application shall be completed prior to mailing such application to the registered voter.*

K.S.A. § 25-1122(k)(2) (italics added) ("the Personalized Application Prohibition").[3]

The Personalized Application Prohibition applies to any person or organization who solicits a registered voter by mail. It prohibits mailing to a registered Kansas voter an advance mail ballot application that is personalized, i.e. prefilled with any personalized information such as the voter's name or address. Id. A violation is a class C nonperson misdemeanor, which is punishable by up to one month in jail and/or fines.[4]

The State argues that the Personalized Application Prohibition is necessary to (1) minimize voter confusion and disenfranchisement, (2) preserve and enhance voter confidence

---

[3] On April 9, 2025, defendants notified the Court that Governor Laura Kelly has signed into law HB 2016, which amended K.S.A. § 25-1122(k)(2) in part. See Defendants' Notice Of Statutory Amendments To K.S.A. § 25-1122(k)'s Pre-Filled Application Prohibition (Doc. #205). Effective July 1, 2025, the amended provision states as follows:

> The application for an advance voting ballot included in such mailing shall be the official application for advance ballot by mail provided by the secretary of state **or the appropriate county election office.** No portion of such application shall be completed prior to mailing such application to the registered voter, **except that the date of the election may be printed on the application.**

HB 2016, Session of 2025 (Kan.), § 2(k)(2) (changes in bold). The parties have not filed supplemental briefing or sought leave to file supplemental briefing on the amendment. The parties agree that the amendment does not alter the First Amendment issue in this case.

[4] The statute carves out exceptions by permitting a subset of state and county election officials to mail prefilled advance mail ballot applications.

and (3) reduce potential voter fraud by reducing inaccurate applications and inefficiencies in election administration.  Exhibit 34 (Doc. #145-37) filed October 14, 2022 at 3–4.  These rationales are not a part of the Legislative Record for HB 2332, and the State does not explain how the Personalized Application Prohibition advances these objectives.

In February of 2021, the Office of the Kansas Secretary of State submitted written testimony regarding the State's 2020 general election to both the House and Senate Committees on Federal and State Affairs.  Among other things, the testimony advised the legislature on problems which state and local election officials encountered in that election.  It specifically stated as follows:

> Leading up to the 2020 general election, state and county election officials were inundated with calls from confused voters who submitted an advance by mail ballot application but continued to receive unsolicited advance ballot applications from third parties.  This created a substantial workload increase for local election offices who had to process thousands of duplicate forms at a time when county election officials were preparing for a high turnout, statewide election, in the middle of a pandemic.

Exhibit Z (Doc. #151-26) filed October 28, 2022.  On March 17, 2021, the Kansas Secretary of State submitted written testimony on HB 2332 which did not discuss prefilled applications but mentioned "incomplete mail ballot applications."  Exhibit 32 (Doc. #145-31) at 3.

## II.    Voting In Kansas

Schwab is the Chief Election Officer for Kansas.  As such, he oversees all Kansas elections and administers the State's election laws and regulations.  Schwab also gives guidance and instruction on election procedures and requirements to county election officers.  Kansas law permits Schwab to adopt rules and regulations related to advance voting, including the general form of advance voting ballots and applications for advance mail voting.  K.S.A. §§ 25-1131, 25-

-4-

1121(a)–(b), 25-1122d(c); see also HB 2332, Session of 2021 (Kan.), §§ 3(k)(2), (m).

The Kansas state voter registration database is known as the Election Voter Information System ("ELVIS"). Schwab is responsible for maintaining the online voter registration database. 52 U.S.C. § 21083(a)(1)(A). In all 105 counties in Kansas, county election officials perform all additions, deletions and modifications of records in the database, and ELVIS reflects the voter data maintained by those county officials. When a county election office receives a voter registration application, an election official puts that voter's registration information into the State's central database and thereby creates a voter record in ELVIS. ELVIS reflects real-time changes that officials make to individual voter files.

To vote by mail in Kansas, a voter generally must complete an advance ballot application and return it to the county election office where the voter is registered.[5] The advance mail voting process includes multiple safeguards against fraud, and Kansas law criminalizes creation or submission of fraudulent advance mail ballot applications. See, e.g., K.S.A. § 25-2431.

If a voter timely submits an advance voting ballot application, a county election official processes the application and, if the county accepts the application, mails the voter an advance ballot packet.[6] If a voter submits an inaccurate or incomplete application, a county election

---

[5]    To vote by mail, voters on the permanent advance voting list and voters who vote by mail pursuant to the Uniformed and Overseas Citizens Absentee Voting Act, 52 U.S.C. § 20301 et seq., need not file advance ballot applications.

[6]    Under Kansas law, an advance voting ballot application can be filed with the county between 90 days prior to the general election and the Tuesday of the week preceding the general election. K.S.A. § 25-1122(f)(2). Except for voters who are entitled to receive ballots under the Uniformed and Overseas Citizens Absentee Voting Act, counties cannot transmit advance ballots to voters before the 20th day before the election for which an application has been received. K.S.A. §§ 25-1123(a), 25-1220. For advance voting ballot applications received

(continued . . .)

official must contact the voter and "cure" the application. If the official cannot contact the voter, the office will mail the voter a provisional ballot.

An advance voting ballot application must precisely match the information in ELVIS; otherwise, the county election office must contact the voter to cure the mismatch or discrepancy. Officials may only overlook mismatches that are clearly inadvertent (e.g., minor misspelling of a street name such as omitting the letter "e" or signing as "Jim" despite being registered as "James"). Once the county election office processes an advance ballot application, it documents in ELVIS the date that it processed the application and transmitted the regular or provisional ballot to the voter. In ELVIS, county election offices also document whether (and when) a voter has returned an advance ballot.

## III.   Voter Participation Center

Plaintiff's core mission is to promote voting among traditionally underserved groups—including young voters, voters of color and unmarried women—at rates commensurate with voters in other groups.[7] Plaintiff believes that when more eligible voters participate in elections, it benefits democracy in the United States and that encouraging and assisting voters to participate in elections through mail voting ensures a robust democracy. Plaintiff believes that mail voting expands participation opportunities among its target voters—some of whom may not have the ability to vote in person or the resources to navigate the mail voting application process.

---

[6] (. . .continued)
on or after the 20th day before the election, the county generally must process them within two business days of receipt. K.S.A. § 25-1123(a).

[7]   The record contains no information about whether other organizations are dedicated to promoting voting, or what demographic sectors they might target.

-6-

Appellants' Appendix - Vol. IV - 780

Plaintiff primarily uses direct mailings to encourage these voters to register and participate in the electoral process. VPC President and Chief Executive Officer Thomas Lopach testified that plaintiff believes sending personalized advance mail ballot applications "increases voter engagement," which Lopach defines as a broad associational base of potential voters in Kansas. Exhibit 7 (Doc. #147-5) filed October 15, 2022 at 167:22–168:15.[8] Plaintiff believes that providing underserved groups the necessary personalized advance mail voting applications is key to effectively advocating its message.

Plaintiff encourages registered Kansans to participate in this manner by mailing voters a communication package that advocates voting by mail and provides a personalized advance mail ballot application. Through these communications, plaintiff communicates its message that advance mail voting is safe, secure, accessible and beneficial. Providing personalized applications to young voters, voters of color and unmarried women provides them simple access to advance mail ballot applications. Plaintiff tracks recipient responses to its communications and conducts randomized control trials to evaluate the effectiveness of its mailings.

Lopach and VPC Executive Vice President Lionel Dripps testified that plaintiff engages voting behavior and quantitative research professionals, including but not limited to Christopher B. Mann, associate professor of political science at Skidmore College, to analyze the efficacy of its direct mail programs. Plaintiff believes that personalized applications are the most effective

---

[8]   To support its belief that sending personalized applications increases voter engagement, plaintiff relies on a 2006 election cycle study which, among other things, evaluated the effectiveness of personalizing advance mail ballot applications. Defendants argue that the study is inadmissible hearsay if offered to prove the effectiveness of the personalized applications. This argument does not address plaintiff's *belief* that personalizing the applications increases engagement.

-7-

means of conveying its pro-mail voting message and that if the prohibition stands, plaintiff must reconsider its communications with Kansas voters.

## IV.    2020 Elections In Kansas

For the 2020 General Election, plaintiff and its 501(c)(4) sister organization, the Center for Voter Information ("CVI"), sent advance mail ballot application packets to approximately 507,864 Kansas voters. Plaintiff's communications included a letter that (1) encouraged each voter to request and cast an advance ballot, (2) provided instructions on how to do so, (3) detailed how to opt out of future VPC communications and (4) provided a step-by-step guide on how to submit the included application. The packet also included a postage-paid envelope addressed to the voter's county election office. The letter's opening paragraph specifically referred to "the enclosed advance voting application already filled out with [the voter's] name and address" and mentioned the personalization in the closing "P.S." message: "We have already filled in your name and address on the enclosed form. Please take a minute to complete the form, sign and date it, and place the form in the pre-addressed, postage-paid envelope." Exhibit A (Doc. #145-34) at 3. On the reverse side of the enclosed personalized advance ballot application, plaintiff also printed a step-by-step guide.

To personalize the applications, plaintiff uses statewide voter registration files obtained from data vendors and completes parts of the advance mail ballot application forms with the voter's name and address. Plaintiff has relied on a vendor, Catalist, LLC, to provide the voter registration data for the Kansas voters whom plaintiff targeted with advance voting ballot application packets. For $200, the Secretary of State's office will provide a list of all registered voters in Kansas. That list comes from ELVIS and is a snapshot of the State's voter file as it

-8-

appears on the date when the office generates the registration list. Plaintiff's CEO Lopach does not know how often Catalist requests updated voter files from the Secretary of State's office, but on January 31, April 10 and September 15, 2020, Catalist sent Kansas active voter registration lists to plaintiff.

Plaintiff attempts to cull its lists to ensure efficiency and accuracy. If a third party relies on voter registration information obtained from ELVIS, because ELVIS is a dynamic system, some information on a prefilled application may not match the State's voter file database when the voter receives it. This happens when an official has updated ELVIS (e.g., noting a change of name, change of address, death or ineligibility due to criminal conviction) after the Secretary of State's office generates the voter file which the third party has requested.

VPC Executive Vice President Dripps testified that *nationally*, plaintiff detected that roughly five per cent of the data vendor records had an incorrect middle name or initial and roughly three per cent had a suffix that did not match the voter file. Dripps testified that he did not know whether the errors in Kansas data matched the national numbers.

Defendants' expert witness, Ken Block, analyzed a subset of the advance ballot applications that plaintiff sent to Kansas voters in the 2020 general election. This subset contained 312,918 of the approximately 507,864 applications that plaintiff sent. Block identified errors in the information that plaintiff used to pre-populate the applications. Block attested that during the 2020 General Election, plaintiff's data contained information on 385 Kansas voters

-9-

whose registrations had been cancelled.[9]  Block also identified 23 pairs of matched records in which two different voters showed the same voter registration number, even though Kansas voter files properly separated these individuals.[10]  Block did not purport to demonstrate that any erroneously prefilled application came to the attention of election officials, however, or conclude that they negatively impacted the 2020 election process.  Block attested that plaintiff's use of stale voter registration data to prefill the advance mail ballot applications imposed an extra burden on county election officials, but he did not explain how it did so.

Dr. Eitan Hersh, who analyzed Block's reports, testified that actually "it seems likely that the [plaintiff's] methods *reduced* the burden on election officials."  Exhibit 5 (Doc. #156-6) filed November 4, 2022, ¶ 41 (emphasis in original).  During his deposition, Dr. Hersh stated, "all voter registration data, whether it's sourced from the state or whether it's sourced from a third party, contain obsolete records essentially the day that it is downloaded."  Exhibit 1 (Doc. #167-1) filed December 8, 2022 at 104:22–25.  Connie Schmidt, Johnson County Elections Director, testified that she is "sure there are always data entry errors" in ELVIS.  Exhibit 2 (Doc. #167-2) at 107:19–24.

In his report, Dr. Hersh attested that any errors which Block identified "are nothing out of the ordinary, given population churn and the logistics of sending large mailers out to voters."  Exhibit 5 (Doc. #156-6), ¶ 16.  Dr. Hersh further attested that attempts to eliminate routine error

---

[9]    Of those 385 Kansans, plaintiff sent (1) five separate mailings to 176 of the Kansans; (2) four separate mailings to 99 of the Kansans; (3) three separate mailings to 39 of the Kansans; and (4) two separate mailings to 11 of the Kansans.  Exhibit N (Doc. #151-14) at 3–4.

[10]    This mismatch suggests that plaintiff had sent prefilled applications for Voter #1 to Voter #2.  Block did not address whether recipients actually returned these erroneous advance mail ballot applications.

-10-

in mailing lists would be "extreme," "costly and labor intensive" and "would delay the eventual sending of the mailing." Id., ¶ 20. Dr. Hersh concluded that Block's concerns relate to just under three per cent of the records in plaintiff's database and "[e]ven if one were to stipulate that all the issues raised by" Block existed, "the total number of problems identified by [him] is quite in line with [Dr. Hersch's] expectations." Id., ¶ 27.

To ensure it has the most accurate data when creating mailing lists, plaintiff now contracts with two data vendors. Each year, plaintiff notifies the Kansas Director of Elections of its upcoming advance mail voting program and seeks feedback on the forms and instructions that it plans to distribute. In the 2020 general election, an estimated 112,000 Kansas voters used a VPC-provided or CVI-provided pre-paid/pre-addressed envelope to mail an advance ballot application to their county election offices. An estimated 69,000 of such Kansas voters mailed an advance voting ballot application provided by plaintiff. In 2020, county election offices received approximately 14,739 duplicate applications from Kansas voters using VPC-provided or CVI-provided envelopes.[11]

The 2020 general election in Kansas was one of a kind. It had record turnout (1,375,125 votes cast, a 70.9 per cent turnout rate) and a steep increase in advance mail voting (459,229 mail ballots, 3.3 per cent of total votes). This compared to 1,039,085 total votes cast in the 2018 general election, which represented a 56.4 per cent turnout rate with 152,267 votes cast by mail (1.5 per cent), and 1,225,667 total votes cast in the 2016 general election, which was a 67.4 per

---

[11]    It is not clear whether Kansas voters submitted duplicate VPC-provided or CVI-provided applications before the 2020 general election or if so, how many. The parties agree that the 2020 election was unique, however, so references to prior elections are not particularly instructive.

cent turnout rate with 173,457 votes cast by mail (1.4 per cent).

Conducting a high-turnout presidential election race in the middle of a worldwide pandemic introduced many challenges for election administrators. COVID-19 also presented new hurdles for some voters. In the 2020 primary and general elections, many organizations, campaigns and elections offices, including plaintiff and Kansas election officials, encouraged voters to vote by mail. Several Kansas counties directly sent communications to registered voters regarding the advance mail voting process, including advance mail ballot applications.

Many voters had concerns about lost applications or mail delays and called their election offices to inquire about the status of their applications. Some voters re-submitted their applications. Election Commissioner Andrew Howell attested that in Shawnee County, duplicate and inaccurately prefilled advance mail ballot applications resulted in telephone calls, letters, e-mails and in-office visits from voters. Howell believed that voters were confused and frustrated, but not necessarily because they received prefilled applications. He believed that voters erroneously assumed that the county had mailed multiple prefilled ballot applications and were frustrated at the purported incompetency of his election office. The Shawnee County Election Office received 4,217 duplicate applications in 2020, as compared to the dozen or fewer that it received in the 2016 and 2018 general elections.

Ford County Election Clerk Deborah Cox testified that in the lead-up to the 2020 election, she heard from 20 to 30 voters a day about advance ballot applications. She had to send an ad to three Ford County newspapers to remind voters that most prefilled applications had not come from the county election office. Howell and Cox attested that these voters told election officials in Shawnee and Ford Counties that they thought they were required to complete and

-12-

return the prefilled applications even if they had already submitted applications. Howell and Cox attested that after receiving a duplicate application, their election offices could not assume that the initially submitted application was correct. Depending on the situation, the offices might need to send the voter a provisional ballot. For this reason, reviewing a duplicate application usually took staff more time than reviewing the initial application. If the office did not need to contact the voter, it could review the duplicate application in about seven to 10 minutes. If the office had to contact the voter, it could review the duplicate application in about 15 to 30 minutes (occasionally longer).

Though Howell and Cox believe that VPC had prefilled most of the duplicate applications which they received, Kansas election officials did not attempt to quantify how many duplicate applications in the 2020 general election involved VPC-prefilled applications. When they received an incomplete or inaccurate application, officials did not determine whether it was prefilled or track how many of them were prefilled. County election officials helped voters cure their applications regardless whether the voter had used a blank form or a prefilled form.

Cox testified that she would normally agree that at least in some ways, "pre-filled information increased the likelihood and the ease that [her] office can match information between the voter file and application." Exhibit 2 (Doc. #145-3) at 150:9–14. Douglas County Elections Director Jamie Shew testified that if not for budgetary constraints, his office would actually prefer to prefill the applications sent to voters. In 2020, for the primary and general elections, Johnson County mailed applications to all voters, and it spent additional resources to personalize the applications. The Johnson County Election Office chose to prefill as much of the voter's information as possible, and it actually prefilled more information than plaintiff did.

-13-

Exhibit 12 (Doc. #145-11) at 4. It reasoned that doing so "makes it easier for the voter and reduces mistakes that [officials] then have to work harder to fix on the backend." Exhibit 9 (Doc. #145-8) at 2.

Bryan Caskey, Kansas Secretary of State Elections Director, testified that the 2020 post-election audits revealed that every cast ballot was accounted for and counted properly either by hand or by machine. When asked whether the audits revealed "any systemic fraud in Kansas elections in 2020," Caskey responded, "They did not." Exhibit 17 (Doc. #146-16) filed October 15, 2022 at 282:25–283:13.

**Procedural Background**

On June 2, 2021, VoteAmerica and VPC filed suit for declaratory and injunctive relief against Scott Schwab in his official capacity as Kansas Secretary of State, Kris Kobach in his official capacity as Kansas Attorney General and Stephen M. Howe in his official capacity as District Attorney of Johnson County. See Complaint For Declaratory And Injunctive Relief (Doc. #1). VoteAmerica and VPC alleged that the Personalized Application Prohibition and Out-of-State Distributor Ban in HB 2332 violated their First Amendment rights to freedom of speech and freedom of association and were unconstitutionally overbroad.[12] Id. at 22–30 (Counts I–III). VoteAmerica and VPC also alleged that the Out-of-State Distributor Ban violated the Dormant Commerce Clause, U.S. Const. art. I, § 8, cl. 3. Id. at 30–33 (Count IV).

After an evidentiary hearing on September 8, 2021, the Court preliminarily enjoined defendants from enforcing both provisions of HB 2332. Memorandum And Order (Doc. #50)

---

[12]    As noted, the Out-of-State Distributor Ban prohibited any person or entity who was not a resident of Kansas or otherwise domiciled in Kansas from mailing an advance mail ballot application to a Kansas voter. HB 2332, Session of 2021 (Kan.), § 3(l)(1).

-14-

filed November 19, 2021. VoteAmerica and VPC stipulated to a permanent injunction against enforcement of the Out-of-State Distributor Ban as violating plaintiffs' First and Fourteenth Amendment rights. See Stipulated Order For Permanent Injunction And Declaratory Relief (Doc. #73) filed February 25, 2022. The claims remaining pertained to the Personalized Application Prohibition—Counts I, II and III.[13]

On October 14, 2022, the parties filed cross-motions for summary judgment. See Defendants' Motion For Summary Judgment Regarding Counts I–III (Doc. #141); Plaintiff's Motion For Summary Judgment (Doc. #144). The parties agreed to submit the case by written submissions, with their summary judgment briefs serving as trial briefs. On May 4, 2023, based largely on stipulated facts, the Court held that the Personalized Application Prohibition violated the First Amendment. VoteAmerica v. Schwab, 671 F. Supp. 3d 1230, 1254 (D. Kan. 2023) ("VoteAmerica I"). Specifically, the Court held that (1) mailing personalized voting applications is inherently expressive conduct which the First Amendment protects, id. at 1244; (2) the Personalized Application Prohibition implicates plaintiff's First Amendment right to freedom of association, id. at 1246; (3) because the Personalized Application Prohibition restricts the overall quantum of speech available to the election or voting process, it is subject to strict scrutiny, id. at 1250; (4) the Personalized Application Prohibition was not narrowly tailored to achieve the State's compelling interest in preventing voter fraud and voter confusion, protecting election integrity or facilitating the orderly and efficient administration of elections, id. at 1253–54; and

---

[13]     As noted, the parties stipulated that the Personalized Application Prohibition does not apply to VoteAmerica's conduct. See Stipulated Order For Permanent Injunction And Declaratory Relief (Doc. #73); see also Pretrial Order (Doc. #140) at 4–5. The Court therefore considers only VPC's claims.

-15-

(5) facially, the Personalized Application Prohibition is unconstitutionally overbroad, id. at 1256. That same day, May 4, 2023, the Court entered judgment on all counts in favor of plaintiffs. See Judgment In A Civil Case (Doc. #184). Defendants appealed. See Notice of Appeal (Doc. #187) filed June 1, 2023.

On November 12, 2024, the Tenth Circuit reversed the Court's judgment and remanded for further proceedings. VoteAmerica v. Schwab, 121 F.4th 822, 827 (10th Cir. 2024) ("VoteAmerica II"). As relevant here, the Tenth Circuit reversed the Court's application of strict scrutiny to plaintiff's freedom of speech claim, holding that absent an improper purpose or justification for the statutory prohibition, intermediate scrutiny applies.[14] Id. at 834. The Tenth Circuit left to this Court the task of deciding what degree of scrutiny to apply, and applying it with the benefit of focused briefing on the remaining issues. Id.

## Conclusions Of Law

Plaintiff alleges that the Personalized Application Prohibition is an unconstitutional infringement on plaintiff's First Amendment right to freedom of speech. The First Amendment, made applicable to the states by the Fourteenth Amendment, provides that "Congress shall make no law . . . abridging the freedom of speech." U.S. Const. amend. I. "Content-based laws— those that target speech based on its communicative content—are presumptively unconstitutional and may be justified only if the government proves that they are narrowly tailored to serve

---

[14]    The Tenth Circuit also reversed the Court's judgment on plaintiff's freedom of association and overbreadth claims, instructing the Court on remand to enter judgment for defendants. Id. at 852, 854.

-16-

compelling state interests."[15]  Reed v. Town of Gilbert, Ariz., 576 U.S. 155, 163 (2015).  The

rationale behind this general prohibition is that "content discrimination raises the specter that the

Government may effectively drive certain ideas or viewpoints from the marketplace."

Davenport v. Wash. Educ. Ass'n, 551 U.S. 177, 188 (2007) (quotations omitted).  Under the

umbrella of content-based laws, viewpoint discrimination is a "particularly egregious form of

content discrimination."  Vidal v. Elster, 602 U.S. 286, 293 (2024) (quotations omitted).  "A

viewpoint-based regulation targets not merely a subject matter, but particular views taken by

speakers on a subject," and is generally subject to heightened scrutiny.  Id. (quotations omitted).

Courts use a two-step inquiry to determine whether a regulation is content-based and

subject to strict scrutiny.  First, the Court considers whether—on its face—the law is content-

based.  Reed, 576 U.S. at 165.  If it is, strict scrutiny applies "regardless of the government's

benign motive, content-neutral justification, or lack of animus toward the ideas contained in the

regulated speech."  Id.  Nevertheless, some facially content-based restrictions pose only a slight

threat to free speech, so adequate protection is afforded by lesser constitutional scrutiny.[16]

R.A.V. v. City of St. Paul, 505 U.S. 377, 382–83 (1992).  Second, if the law is facially content-

neutral, the Court considers whether the government adopted the regulation for an improper

purpose or justification, i.e. the suppression of free expression.  Id. at 166; United States v.

Eichman, 496 U.S. 310, 315 (1990) ("Although the [statute] contains no explicit content-based

---

[15]    By contrast, content-neutral laws—those justified without reference to the content
of the regulated speech—may be justified only if the government proves that they are narrowly
tailored to serve a significant governmental interest.  Brewer v. City of Albuquerque, 18 F.4th
1205, 1220 (10th Cir. 2021).

[16]    Obscenity, defamation and "fighting words" are categories of content-based
speech that receive lesser constitutional protection.  R.A.V., 505 U.S. at 383.

-17-

limitation on the scope of prohibited conduct, it is nevertheless clear that the Government's asserted interest is related to the suppression of free expression." (quotations omitted)). If an improper purpose or justification underpins an otherwise facially content-neutral law, the law is considered content-based and subject to strict scrutiny. City of Austin, Texas v. Reagan Nat'l Advert. of Austin, LLC, 596 U.S. 61, 76 (2022).

Here, the Tenth Circuit has held that the Personalized Application provision prohibits certain content on its face: the information necessary to complete any portion of an advance mail ballot application. VoteAmerica II, 121 F.4th at 850. It also held that because the Personalized Application Prohibition is viewpoint neutral, "the threat to free speech posed by the Prohibition is sufficiently small that (absent evidence that it was enacted for an improper purpose or justification) adequate protection is provided by intermediate scrutiny." Id. The Court therefore first examines whether defendants enacted the Personalized Application Prohibition for an improper purpose or justification.

## I.    Whether Defendants Enacted The Personalized Application Prohibition For An Improper Purpose Or Justification

As noted, strict scrutiny applies if the State enacted the Personalized Application Prohibition for an improper purpose or justification. City of Austin, 596 U.S. at 76. In making this assessment, the Court considers whether the prohibition "cannot be justified without reference to the content of the regulated speech" or whether it "was adopted by the government because of disagreement with the message the speech conveys." TikTok Inc. v. Garland, 145 S. Ct. 57, 67 (2025). A purpose or justification is improper if it is "related to the suppression of free expression." Eichman, 496 U.S. at 315; see also Members of City Council of Los Angeles v. Taxpayers for Vincent, 466 U.S. 789, 804 (1984) (considering whether "ordinance was

designed to suppress certain ideas that the City finds distasteful" and if "bias or censorship"

underpin enactment).    Simply put, the government may not legislate "based on hostility—or

favoritism—towards the underlying message expressed." R.A.V., 505 U.S. at 382.  A regulation

does not have an underlying improper purpose or justification, however, merely because "it may

disproportionately affect speech on certain topics" or "it has an incidental effect on some

speakers or messages but not others." McCullen v. Coakley, 573 U.S. 464, 480 (2014).

The key question in determining whether a regulation is neutral is whether the law is

"justified without reference to the content of the regulated speech." Id.  To determine this, the

Court considers the statute's stated purposes, the purposes of the statute as advanced by the

government in litigation and legislative purposes which the Court can infer when a statute singles

out a particular topic.[17] Id. at 480–82.

To show that a facially content-neutral regulation is subject to strict scrutiny, plaintiff

bears the burden of showing by a preponderance of the evidence that defendants adopted the

regulation because of disagreement with the message it conveys. See Signs for Jesus v. Town of

Pembroke, N.H., 977 F.3d 93, 101 (1st Cir. 2020) ("To show that a facially content-neutral

regulation is subject to strict scrutiny, the plaintiff must show not only that the restriction

distinguishes between speakers, but also that it 'reflects a content preference.'" (quoting Reed,

576 U.S. at 170)); Free Speech Coal., Inc. v. Att'y Gen. of U.S., 677 F.3d 519, 534 (3d Cir.

---

[17]     The Court may also rely on statements by legislators and concerned citizens about
the passage of the regulation.  Harmon v. City of Norman, Okla., 61 F.4th 779, 790 (10th Cir.
2023).  The record here contains no such statements, and in any event, the Supreme Court has
warned that it is a "hazardous matter" to inquire into congressional purpose or motive because
what motivates one legislator does not necessarily reflect the intent of the legislature as a whole.
United States v. O'Brien, 391 U.S. 367, 383–84 (1968).

-19-

2012) ("To demonstrate that a restriction is content based and thus subject to strict scrutiny, Plaintiffs must show that the Statutes single out speech for special treatment because of the effect that speech will have on its audience."); McCoy v. Town of Pittsfield, N.H., 59 F.4th 497, 506 (1st Cir. 2023) (plaintiff produced no evidence that ordinance could not be justified without reference to speech, so ordinance subject to intermediate scrutiny).[18]  Once plaintiff makes this showing, the burden shifts to defendants to justify the regulation. See Brewer, 18 F.4th at 1220.

Here, as noted, HB 2332 does not explicitly set forth its purpose.[19]  Retroactively, defendants offer three justifications for it: to (1) minimize voter confusion; (2) facilitate efficiency in election administration; and (3) foster confidence in and protect the integrity of the electoral process.  HB 2332 addresses many issues in addition to the Personalized Application Prohibition, however, and defendants do not explain how that prohibition is designed to minimize voter confusion, facilitate efficiency in election administration, promote confidence in and protect the integrity of the electoral process or make mail ballots more secure.

Facially, defendants' three justifications do not reference the content of ballot application forms or reflect disagreement with the message that plaintiff conveys by personalizing the forms

---

[18]    The Tenth Circuit has not explicitly held that plaintiff bears the burden of showing that the legislature enacted a regulation because of disagreement with the message it conveys.  In Pahls v. Thomas, 718 F.3d 1210 (10th Cir. 2013), however, it did state that to establish viewpoint discrimination, *plaintiff* must show that a government official acted with discriminatory purpose.  718 F.3d at 1236.

[19]    As noted, HB 2332 addressed various election matters in addition to the Personalized Application Prohibition.  It also restricted the distribution of ballots by non-Kansas residents (the Out-of-State Distributor Ban), set address requirements for mail ballots, enacted standards for disclosures on advance ballot applications, restricted the authority of state executives and the judicial branch to modify election laws and expanded the crime of election tampering. See supra note 2.

-20-

with voter information. See TikTok, 145 S. Ct. at 68 ("preventing China from collecting vast amounts of sensitive data" is content-neutral justification); Harmon, 61 F.4th at 790 (noise control is content-neutral justification). As to legislative history, on February 18, 2021, the Office of the Kansas Secretary of State submitted written testimony regarding the State's 2020 general election to the House and Senate Committees on Federal and State Affairs. The testimony advised the legislature as follows:

> Leading up to the 2020 general election, state and county election officials were inundated with calls from confused voters who submitted an advance by mail ballot application but continued to receive unsolicited advance ballot applications from third parties. This created a substantial workload increase for local election offices who had to process thousands of duplicate forms at a time when county election officials were preparing for a high turnout, statewide election, in the middle of a pandemic.

Exhibit Z (Doc. #151-26). On March 17, 2021, the Kansas Secretary of State submitted written testimony on HB 2332 which mentioned "incomplete mail ballot applications."[20] Exhibit 32 (Doc. #145-31) at 3.

Approximately three months after the 2020 presidential election, on February 10, 2021, the legislature introduced HB 2332, which contained the Personalized Application Prohibition, Out-of-State Distributor Ban and other regulations of advance voting by mail.[21] At a high level of generality, the timing of HB 2332 could support defendants' proffered justifications for the legislation as a whole. In Evans v. Sandy City, the city prosecutor had received notice of safety problems and accidents related to panhandling. 944 F.3d 847, 854 (10th Cir. 2019). To remedy

---

[20]    It did not specifically discuss prefilled applications, which would seem to prevent incomplete mail ballot applications, rather than facilitate them.

[21]    See supra notes 2 and 19.

-21-

the safety hazards, the prosecutor drafted an ordinance which prohibited individuals from sitting or standing on medians that were unpaved or less than 36 inches wide. Id. at 852, 854. The Tenth Circuit found that the process and timeline of the ordinance's enactment confirmed defendant's public safety justification for it. Id. at 854. Here, viewing HB 2332 as a whole, the legislature could have enacted it to generally minimize voter confusion, mitigate workload issues for local election offices and protect the integrity of the electoral process with regard to advance ballot applications. But defendants' stated justifications do not explicitly address the logic behind the Personal Application Prohibition. On this record, the evidence raises a reasonable inference that the legislature enacted the Personalized Application Prohibition because of disagreement with speech which advocates voting by mail. This is particularly true when the Personalized Application Prohibition is read alongside the Out-of-State Distributor Ban, which is also part of HB 2332, and viewed in historical context.

As noted, the 2020 election was one of a kind—election officials in each state had to conduct a high-turnout presidential election race in the midst of a worldwide pandemic. The 2020 election also stood out for another reason: widespread claims that the U.S. presidential election was fraudulent and that mail ballots in particular were partly to blame. Before the election, President Donald Trump, state election groups and individual voters filed numerous lawsuits regarding state election processes, including challenges to mail ballots. See O'Rourke v. Dominion Voting Sys. Inc., 552 F. Supp. 3d 1168, 1190–92 (D. Colo. 2021) (compiling 2020 election lawsuits). For example, in Donald J. Trump for President, Inc. v. Boockvar, 493 F. Supp. 3d 331 (W.D. Pa. 2020), plaintiffs challenged a number of Pennsylvania's procedures for voting by mail, including the (1) use of drop boxes and other satellite ballot-collection sites;

-22-

(2) procedures for verifying the qualifications of voters applying in person for mail-in or absentee ballots; and (3) rules for counting non-compliant ballots.[22]  493 F. Supp. 3d at 344.  In Donald J. Trump for President, Inc. v. Way, 492 F. Supp. 3d 354 (D.N.J. 2020), plaintiffs challenged New Jersey legislation which allowed "election officials to canvass mail-in ballots ten days before Election Day and to canvass mail-in ballots received within two days of Election Day even if those ballots lack[ed] a postmark from the United States Postal Service."  492 F. Supp. 3d at 358.  In Martel v. Condos, 487 F. Supp. 3d 247 (D. Vt. 2020), plaintiffs challenged the Vermont Legislature's decision "to authorize the Secretary of State to require local election officials to send ballots by mail to all registered voters."  487 F. Supp. 3d at 248.  In Gallagher v. N.Y. State Bd. of Elections, 496 F. Supp. 3d 842 (S.D.N.Y. 2020), plaintiffs challenged New York law which required that mail-in absentee ballots be postmarked by election day to be counted.  496 F. Supp. 3d at 847.

The lawsuits continued after election day.  For example, in King v. Whitmer, 505 F. Supp. 3d 720 (E.D. Mich. 2020), plaintiffs sought a declaratory judgment "that mail-in and absentee ballot fraud must be remedied with a manual recount or statistically valid sampling."  505 F. Supp. 3d at 730.  Across the country, courts dismissed suits which challenged election processes and election results because plaintiffs failed to prove fraud or illegal conduct.  See e.g., Donald J. Trump for President, Inc. v. Sec'y of Pa., 830 F. App'x 377, 381 (3rd. Cir. 2020) ("Free, fair elections are the lifeblood of our democracy.  Charges of unfairness are serious.  But

---

[22]    The Court does not cite these lawsuits for the truth of the evidence established therein, but takes judicial notice to show widespread partisan disagreement, and litigation over mail-in ballot procedures and whether they were responsible for the "stealing" of the 2020 election.  See Gilchrist v. Citty, 71 Fed. App'x 1, 3 (10th Cir. 2003).  These cases evidence the fact that voting by mail became a topic of partisan political debate and widespread litigation.

-23-

calling an election unfair does not make it so. Charges require specific allegations and then proof. We have neither here."). On January 6, 2021, the day Congress was to certify the 2020 election results, President Trump made the following statements:

- [T]his year, using the pretext of the China virus and the scam of mail-in ballots, Democrats attempted the most brazen and outrageous election theft and there's never been anything like this. So pure theft in American history. Everybody knows it.

- More than 10,000 votes in Pennsylvania were illegally counted, even though they were received after Election Day. In other words, they were received after Election Day. Let's count them anyway.

- And what they did in many cases is, they did fraud. They took the date and they moved it back so that it no longer is after Election Day. And more than 60,000 ballots in Pennsylvania were reported received back. They got back before they were ever supposedly mailed out. In other words, you got the ballot back before you mailed it, which is also logically and logistically impossible, right?

- In the state of Arizona, over 36,000 ballots were illegally cast by non-citizens. Two thousand ballots were returned with no address. More than 22,000 ballots were returned before they were ever supposedly mailed out. They returned, but we haven't mailed them yet.

- In Michigan, quickly, the secretary of state, a real great one, flooded the state with unsolicited mail-in ballot applications sent to every person on the rolls in direct violation of state law.

- We will ban ballot harvesting and prohibit the use of unsecured drop boxes to commit rampant fraud. These drop boxes are fraudulent. Therefore, they get disapp — they disappear, and then all of a sudden they show up. It's fraudulent.

- We will stop the practice of universal unsolicited mail-in balloting.

Transcript of Trump's speech at rally before US Capitol riot, Associated Press (Jan. 13, 2021)

available at https://apnews.com/article/election-2020-joe-biden-donald-trump-capitol-siege-

-24-

media-e79eb5164613d6718e9f4502eb471f27 (last visited June 23, 2025).[23]    President Trump

further stated, "Now, it is up to Congress to confront this egregious assault on our democracy.

And after this, . . . we're going to walk down to the Capitol . . . [b]ecause you'll never take back

our country with weakness." Id.    Around one hour later, the United States Capitol building was

breached.    Lisa Mascaro et al., Pro-Trump mob storms US Capitol in bid to overturn election,

Associated Press (Jan. 5, 2021) available at https://apnews.com/article/congress-confirm-joe-

biden-78104aea082995bbd7412a6e6cd13818 (last visited June 23, 2025).

The Kansas Legislature convened on January 11, 2021, two months after the

2020 general election and five days after January 6, 2021.[24]    One month later, on February 10,

2021, the legislature introduced HB 2332, which contained the Personalized Application

Prohibition.    Aside from the language of the Personalized Application Prohibition, the Court

finds no direct contemporaneous evidence of legislative intent for this provision.    Defendants'

stated reasons for HB 2332 as a whole are not implausible, but as applied to the Personalized

Application Prohibition, they are not more credible than plaintiff's position that the legislature

enacted the Personalized Application Prohibition for an improper purpose.    Plaintiff bears the

burden of proof, and the Court finds that it is more probably true than not true that the Kansas

Legislature enacted the Personal Application Prohibition to suppress speech which favors voting

---

[23]    Again, the Court takes judicial notice of news articles for proof that a matter is publicly known or believed, not for the truth of the matter asserted. Est. of Lockett by & through Lockett v. Fallin, 841 F.3d 1098, 1111 (10th Cir. 2016).

[24]    As set forth in the Kansas Constitution, the legislature convenes on the second Monday in January.  Kan. Const. art. 2, § 8.  In 2021, the second Monday of January was January 11.  See Plotner v. AT & T Corp., 224 F.3d 1161, 1167 n.1 (10th Cir. 2000) (court can take judicial notice of calendar and days of week on which certain dates fall).

-25-

by mail.[25]  In so holding, the Court considers the temporal proximity, the passion which the 2020 election inspired even before January 6, 2021, the widespread claims of election fraud and litigation related thereto, the culminating events of January 6, 2021, and the fact that the State has offered no rationale which explicitly links prefilled ballot applications to the stated reasons for the Personalized Application Prohibition.  As noted, before and after the 2020 election, mail-in voting had become one of several scapegoats for the alleged "stealing" of the 2020 presidential election.  In Kansas however, one week after the election, on November 10, 2020, Schwab had publicly declared that the 2020 election in Kansas was successful, without widespread, systematic issues of voter fraud, intimidation, irregularities or voting problems—an undisputed fact which calls into question any purported legislative intent to root out fraud, promote efficiency or avoid voter confusion in Kansas elections.  See McCullen, 573 U.S. at 481–82 (court can infer legislative purpose when statute singles out particular topic).

As noted, plaintiff bears the burden of showing that defendants enacted the prohibition because of disagreement with speech which advocates voting by mail.  Plaintiff has made this showing.  The Court finds that following the 2020 election, defendants enacted the Personalized Prohibition to suppress speech which advocates voting by mail.  It therefore merits strict scrutiny.

## II.    Whether The Personalized Application Prohibition Survives Strict Scrutiny

In VoteAmerica I, the Court held that the Personalized Application Prohibition could not withstand strict scrutiny and that it was therefore an unconstitutional infringement on plaintiff's

---

[25]    Through the Out-of-State Distributor Ban, the State also sought to silence speakers like VoteAmerica who advocated voting by mail but were not residents of Kansas.

-26-

First Amendment rights to speech. VoteAmerica I, 671 F. Supp. 3d at 1251–54. The Court reaffirms its conclusions of law here.

A.    Whether The Personalized Application Prohibition Is Narrowly Tailored To The Government's Interests

To survive strict scrutiny, defendants must show that the Personalized Application Prohibition is narrowly tailored to serve a compelling state interest. See Yes On Term Limits, Inc. v. Savage, 550 F.3d 1023, 1028 (10th Cir. 2008) (citing Republican Party of Minn. v. White, 536 U.S. 765, 774–75 (2002)). As noted, defendants assert the following justifications for the prohibition: to (1) minimize voter confusion; (2) facilitate efficiency in election administration; and (3) foster confidence in and protect the integrity of the electoral process.

1.    Voter Confusion

Defendants argue that the Personalized Application Prohibition prevents voter confusion because it eliminates the opportunity for mistakes in prefilled applications and reduces any mistaken belief that the applications originated from election officials. Specifically, defendants assert that some voters were confused about inaccurately prefilled and duplicate applications, and that this confusion caused disorder, which endangered the integrity of the election. The State's interest in minimizing voter confusion is connected to its broader legitimate interest in protecting election integrity. Fish v. Kobach, 189 F. Supp. 3d 1107, 1148 (D. Kan. 2016); see also Burson v. Freeman, 504 U.S. 191, 199 (1992) (state has "compelling interest in protecting voters from confusion and undue influence").

Although protecting voters from confusion is a compelling interest, the Personalized Application Prohibition is not narrowly tailored to serve that interest. Howell attested that duplicate and inaccurately prefilled advance mail ballot applications resulted in telephone calls,

-27-

letters, e-mails and in-office visits from voters. But Howell did not believe that voters were confused or frustrated because the applications which they received were prefilled; he believed that voters erroneously assumed that the county had mailed the duplicate ballot applications and were frustrated by the purported incompetency of his election office. Moreover, HB 2332 requires the following disclosure on a mail ballot application: "Disclosure: This is not a government mailing. It is from a private individual or organization." HB 2332, Session of 2021 (Kan.), § 3(k)(1)(d). This provision addresses defendants' concern that voters were confused about the source of the prefilled applications.

Even assuming that receiving duplicate advance ballot applications confused some voters, defendants presented no evidence on how criminalizing the mailing of personalized mail ballot applications would prevent confusion as to the source of the prefilled advance mail ballot. Furthermore, it is not clear that the State has a compelling interest in protecting the reputations for administrative efficiency of county election officials. Even so, defendants have not established that the Personalized Application Prohibition is narrowly tailored to protect their reputational interests. Johnson County officials distributed prefilled ballot applications because they believed that doing so "makes it easier for the voter and reduces mistakes that [officials] then have to work harder to fix on the backend." Exhibit 9 (Doc. #145-8) at 2. It therefore appears that the real problem is not prefilled applications but duplicate applications—which the Personalized Application Prohibition does not attempt to regulate.

In short, defendants have presented minimal evidence of voter confusion and frustration and have not established that the prefilled applications caused the alleged confusion. On this record, defendants have not established that the Personalized Application Prohibition is narrowly

-28-

tailored to achieve its interest in preventing voter confusion regarding the source of unsolicited prefilled applications, or any other electoral issues.

### 2.    Efficient Election Administration

Defendants argue that the Personalized Application Prohibition is necessary to facilitate orderly and efficient administration of elections. Preserving the integrity and administration of the electoral process is a compelling state interest. Fish, 957 F.3d at 1133.

Defendants submitted evidence that if a voter submits an inaccurate or incomplete application, county election officials must contact the voter and "cure" the application. If officials cannot contact the voter, the office will mail a provisional ballot to the voter. Howell and Cox attested that reviewing a duplicate application usually takes more staff time than reviewing the initial application. Again, the real issue here seems to be duplicate applications, which the Personalized Application Prohibition does not address. Moreover, even if duplicates hinder efficient election administration, defendants have not established that in the context of an unprecedented election during a global pandemic, any "surge" of inaccurate and duplicate applications was fairly attributable to activity which the Personalized Application Prohibition seeks to prohibit.

In fact, the record suggests that on balance, personalizing advance mail ballot applications actually facilitates orderly and efficient election administration. Cox testified that normally she agrees that at least in some ways, prefilled information increases the likelihood and the ease with which her office can match information between voter files and applications. Shew testified that if not for budgetary constraints, his office would prefer to personalize applications sent to voters with prefilled information. Even more, in the 2020 primary and general elections,

-29-

Johnson County mailed applications to all voters—expending additional resources to personalize applications and actually prefilling more information than plaintiff did. It chose to prefill as much of the voter's information as possible because doing so makes it easier for voters and reduces mistakes that officials have to fix on the back end.

On this record, defendants' contention that the Personalized Application Prohibition is narrowly tailored to facilitate orderly and efficient election administration is not persuasive. The prohibition does nothing to address duplicate application concerns, and defendants have not established that prefilling advance mail ballot applications hinders election administration. Defendants have not established that the Personalized Application Prohibition is narrowly tailored to achieve the State's alleged interests in the enhancement of public confidence in the integrity of the electoral process, avoiding fraud and voter confusion or facilitating orderly and efficient election administration.

### 3.    Public Confidence And Election Integrity

Defendants argue that the Personalized Application Prohibition is narrowly tailored to achieve its interest in avoiding potential fraud. Preventing voter fraud and preserving election integrity are important state interests. See Timmons v. Twin Cities Area New Party, 520 U.S. 351, 364 (1997) ("States certainly have an interest in protecting the integrity, fairness, and efficiency of their ballots and election processes as means for electing public officials."). The Supreme Court has observed that courts do not "require elaborate, empirical verification of the weightiness" of the State's asserted justifications. Id. "Indeed, the Supreme Court has upheld what is likely a more burdensome regulation, requiring photo identification issued by the government in order to vote in person, even in the face of a record devoid of any evidence of

-30-

voter fraud occurring in Indiana in its history." Democracy N.C. v. N.C. State Bd. of Elections, 476 F. Supp. 3d 158, 207 (M.D. N.C. 2020).

To start, although preventing voter fraud is a compelling state interest, defendants have presented no evidence of voter fraud effectuated through advance mail voting, prefilled ballot applications or otherwise. Defendants have presented no evidence of a single instance in which a specific voter received duplicate mail ballots, and they have presented evidence that every cast ballot was accounted for. Kansas officials publicly declared that the 2020 election was successful, without widespread, systematic issues of voter fraud, intimidation, irregularities or voting problems.

As the Court noted in its order granting plaintiff's motion for preliminary injunction, defendants' argument has superficial appeal but boils down to an issue of administrative efficiency. The real issue seems to be that the process of preventing duplicate ballots takes more time than the process of dealing with requests for initial ballots. See Defendants' Memorandum In Support Of Motion For Summary Judgment Regarding Counts I–III (Doc. #151) filed October 28, 2022 at 50 ("While Kansas appears to have avoided any systemic fraud in its recent elections, the surge of inaccurate and duplicate prefilled advance voting ballot applications in 2020 taxed the ability of overburdened county election offices to timely and efficiently process such applications, which also necessarily increased the opportunity for mistakes to be made both in connection with advance voting ballot applications and election administration in general.").

Even if Kansas had a problem with election fraud, the Personalized Application Prohibition is not narrowly tailored to prevent such fraud. Defendants argue that a surge of "inaccurate and duplicate" advance mail ballot applications decreased the efficiency of county

-31-

election officials, which in turn increased the "opportunity" for mistakes. Yet even in a historically unprecedented election, they cite no evidence of a single mistake. Id. Given the overall surge in advance mail ballot applications, the Court does not doubt that some county election offices felt put upon or overburdened. In the 2020 elections, in part due to the pandemic, many organizations, campaigns, election offices and even Kansas election officials were encouraging voters to vote by mail. Kansas voters got the message: compared to 2018, three times as many of them voted by mail. Because of the highly contested nature of the election, in addition to the pandemic, many voters were concerned that their mail ballots would not be received and counted—so they requested duplicate ballots for peace of mind. Defendants have not demonstrated that in this context, any "surge" of "inaccurate and duplicate" advance mail ballot requests was fairly attributable to activity which the Personalized Application Prohibition seeks to prohibit. In fact, the record suggests that such activity is more helpful than harmful to overburdened election officials.

Again, defendants have not presented any evidence of voter fraud effectuated on account of personalized advance ballot applications or any other reason, or even a single instance in which a voter received or cast duplicate mail ballots. The advance mail voting process includes multiple safeguards against fraud, and Kansas law criminalizes creation or submission of fraudulent advance mail ballot applications. See, e.g., K.S.A. § 25-2431. These safeguards are extremely effective in preventing fraud in Kansas. Plaintiff persuasively observes that following defendants' logic, "any activity that takes up an election official's time and attention can be criminalized on the basis of potential fraud." Plaintiff Voter Participating Center's Opposition To Defendants' Motion For Summary Judgment (Doc. #156) filed November 4, 2022 at 114.

-32-

Even if prefilled or duplicate applications raised fraud concerns in Kansas, the Personalized Application Prohibition does nothing to address the alleged concern. It does not limit the number of advance mail ballot applications a third party may send to a voter or the number of ballot applications a voter may submit. Moreover, even accepting Block's identification of "hundreds" of purported errors in plaintiff's mailing list, these errors relate to under *three per cent* of plaintiff's records in a general election year that was sui generis, and the record contains no evidence that these errors had any impact on election processes. Block could not connect the alleged errors in plaintiff's mailing list to errors in applications received by election officials.

Defendants have not established that the Personalized Application Prohibition is narrowly tailored to achieve any alleged interest in preventing voter fraud. The Personalized Application Prohibition therefore cannot withstand strict scrutiny on this ground.

III.   **Whether The Personalized Application Prohibition Survives Intermediate Scrutiny**

If the State had not enacted the Personalized Application Prohibition because of disagreement with speech which advocates voting by mail, the Court would apply intermediate scrutiny to that provision.[26] Under intermediate scrutiny, the government has the burden of showing that the regulation is "narrowly tailored to achieving significant government interests"

---

[26]   Without reference to the facts of which the Court takes judicial notice, plaintiff's case for strict scrutiny is much closer. In advance of this order, the Court did not inform the parties of the facts of which it now takes judicial notice. See Fed. R. Evid. 201(e). Accordingly, if any parties want to be heard on the issue of judicial notice, on or before July 14, 2025 at 5:00 PM, they may file an appropriate motion.

-33-

and "leaves open ample alternative channels of communication."[27]  Brewer, 18 F.4th at 1220.

Plaintiff does not disagree that the State has important interests in minimizing voter confusion, facilitating efficiency in election administration and fostering confidence in and protecting the integrity of the electoral process.  Rather, plaintiff argues that the Personalized Application Prohibition is not narrowly tailored to serve these interests.

A.    Whether The Personalized Application Prohibition Is Narrowly Tailored To The Government's Interests

The narrow tailoring requirement demands a "close fit between ends and means." McCullen, 573 U.S. at 486.  Defendants "must demonstrate that the recited harms are real, not merely conjectural, and that the regulation will in fact alleviate these harms in a direct and material way."  Turner Broad. Sys., Inc. v. F.C.C., 512 U.S. 622, 664 (1994); see Brewer, 18 F.4th at 1226 (defendants must show real, non-speculative harms ameliorated by statute).[28]  "So

---

[27]    Defendants argue that the advance mail ballot application is a non-public forum and therefore the proper test is reasonableness, not intermediate scrutiny. Specifically, defendants assert that the Court should consider whether the government's decision to restrict the distribution of advance mail ballot applications to potential Kansas voters was reasonable. The Court rejects this argument for two main reasons. First, defendants raise this argument for the first time on remand. Defendants never raised a forum analysis challenge before this Court or before the Tenth Circuit, and the argument is glaringly absent from the pretrial order. For this reason, the Court does not consider the argument. See Cook v. Rockwell Int'l Corp., 790 F.3d 1088, 1093 (10th Cir. 2015) (non-jurisdictional argument not raised on appeal is waived on remand); Wilson v. Muckala, 303 F.3d 1207, 1215 (10th Cir. 2002) (party waives claims, issues or defenses not included in pretrial order). Second, the Tenth Circuit conducted a robust analysis on the proper standard of review and directed the Court on remand to apply intermediate scrutiny—not reasonableness—unless defendants enacted the prohibition for an improper purpose or justification. VoteAmerica II, 121 F.4th at 851.

[28]    Defendants claim that to determine whether a restriction is narrowly tailored in the context of election restrictions, they have a relaxed burden of proof and are "not required to prove with empirical evidence, that an election regulation is perfectly tailored." Frank v. Lee, 84 F.4th 1119, 1140 (10th Cir. 2023) (brackets and quotations omitted), cert. denied, 144 S. Ct.

(continued . . .)

-34-

long as the means chosen are not substantially broader than necessary to achieve the government's interest, . . . the regulation will not be invalid simply because a court concludes that the government's interest could be adequately served by some less-speech-restrictive alternative." TikTok, 145 S. Ct. at 71 (quoting Ward v. Rock Against Racism, 491 U.S. 781, 800 (1989)). The Court cannot displace the legislature's judgment respecting content-neutral regulations with its own, so long as the legislature's policy is "grounded on reasonable factual findings supported by evidence that is substantial for a legislative determination." Id. (quoting Turner Broad. Sys., Inc. v. F.C.C., 520 U.S. 180, 224 (1997)).

To some extent, the Court's analysis whether the statute is narrowly tailored to defendants' significant interests overlaps with its prior order and the above analysis, which considers whether the Personalized Application Prohibition is narrowly tailored to defendants' compelling interests. See VoteAmerica I, 671 F. Supp. 3d at 1251–1254. That said, strict and intermediate scrutiny differ in terms of the degree of precision required and the necessity of

---

[28] (. . .continued) 1349 (2024). Defendants reason that the law does not require them to wait for concrete harm to befall the State before the legislature can enact prophylactic election integrity laws. The Supreme Court has explained, however, that this "modified burden of proof" does not apply to all cases in which an election regulation conflicts with the First Amendment. Burson v. Freeman, 504 U.S. 191, 209 n.11 (1992). Rather, "the Supreme Court has relaxed the demands of the narrow-tailoring inquiry when a state's electioneering regulations are designed to protect voters engaged in the act of voting," i.e. cases involving overcrowded ballots or boundary lines at a polling location. Frank, 84 F.4th at 1141; see also Burson, 504 U.S. 191, 209 n.11 (relaxed burden when "challenged activity physically interferes with electors attempting to cast their ballots"). This case involves nothing of the sort. Prefilled applications are not the same as casting a ballot. The Court cannot say that defendants' restriction physically interferes with voters engaged in the act of voting such that a relaxed burden of proof applies. Defendants must show that the restriction is aimed at alleviating real, non-speculative harm and they must "come forward with more specific findings to support the regulation." Frank, 84 F.4th at 1141 (brackets omitted).

-35-

using the least restrictive means. Strict scrutiny is an exacting standard which requires that the statute be "the least restrictive means of achieving a compelling state interest." McCullen, 573 U.S. at 478. By contrast, with intermediate scrutiny, the statute "need not be the least restrictive or least intrusive means of serving the government's interests." Id. at 486 (quotations omitted). Rather, "[i]n this context, narrow tailoring requires that the chosen means do not burden substantially more speech than is necessary to further the government's legitimate interests." StreetMediaGroup, LLC v. Stockinger, 79 F.4th 1243, 1252 (10th Cir. 2023).

As noted, defendants assert the following justifications for the Personalized Application Prohibition: to (1) minimize voter confusion; (2) facilitate efficiency in election administration; and (3) foster confidence in and protect the integrity of the electoral process.

### 1.    Voter Confusion

Largely relying on the foregoing testimony of Howell and Cox, defendants argue that the prohibition minimizes voter confusion. While defendants may have shown that voter confusion was a real harm, for the reasons already explained, they have not shown how the prohibition will alleviate that harm in a direct and material way. The evidence is that voter confusion in the lead-up to the 2020 election related to the source of the advance ballot applications and whether voters had to complete applications even if they had already done so.

Defendants have not met their burden of showing that voters were confused because the applications were prefilled. As noted, Cox testified that she would normally agree that at least in some ways, "pre-filled information increased the likelihood and the ease that [her] office can match information between the voter file and application." Exhibit 2 (Doc. #145-3) at 150:9–14. Shew testified that if not for budgetary constraints, his office would actually prefer to prefill the

-36-

applications sent to voters, as doing so "makes it easier for the voter and reduces mistakes that [officials] then have to work harder to fix on the backend." Exhibit 9 (Doc. #145-8) at 2.

Absent evidence that voter confusion existed because the applications were prefilled, defendants' means are unrelated to the ends. Under intermediate scrutiny, defendants have not established that the Personalized Application Prohibition is narrowly tailored to achieve any interest in preventing voter confusion.

### 2.    Efficient Election Administration

Again relying on Howell and Cox, defendants argue that the prohibition facilitates efficiency in election administration because prefilled applications lead to incomplete or duplicate applications which require extra time and attention by election officials.

As previously noted, however, defendants have provided no evidence of how many duplicate, incomplete or inaccurate prefilled applications were submitted to county offices. It is not clear how many Kansas voters, if any, submitted duplicate VPC-provided or CVI-provided applications before the 2020 general election. For the 2020 general election, Kansas election officials did not attempt to quantify how many duplicate advance voting ballot applications involved VPC-prefilled applications. When officials received an incomplete or inaccurate application, they did not determine whether it was prefilled, or track how many were prefilled. County election officials helped voters cure their applications regardless whether the voters had used blank forms or prefilled forms. Though Howell and Cox believed that most duplicate applications were prefilled by VPC, such speculation does not satisfy defendants' burden of showing that the prohibition is narrowly tailored. See Brewer, 18 F.4th at 1226 (defendants must show real, non-speculative harms). For these reasons, defendants have not demonstrated that the

-37-

recited harms are real.

Even if defendants had demonstrated real harm, the statute is not designed to alleviate these harms. On this record, for the reasons stated above, defendants have not shown a close fit between prohibiting the distribution of prefilled ballot applications and facilitating efficient election administration.

### 3. Public Confidence And Election Integrity

Defendants argue that the prohibition fosters confidence in and protects the integrity of the electoral process. Defendants have presented no evidence of (1) voter fraud effectuated through advance mail voting or otherwise or (2) a single instance in which a voter received or cast duplicate mail ballots. On the other hand, defendants have presented evidence that every cast ballot was accounted for. Indeed, Kansas officials publicly declared that the 2020 election was successful, without widespread, systematic issues of voter fraud, intimidation, irregularities or voting problems. As noted, the advance mail voting process includes multiple safeguards against fraud, and Kansas law criminalizes creation or submission of fraudulent advance mail ballot applications. See, e.g., K.S.A. § 25-2431. These safeguards have been extremely effective in preventing election fraud in Kansas. For these reasons, defendants have not demonstrated that the recited harms of prefilled ballot applications are real.

Even if the harms were real, the Personalized Application Prohibition does nothing to alleviate election integrity concerns. The prohibition does not limit the number of advance mail ballot applications a third party may send to a voter or the number of ballot applications a voter may submit. Moreover, even accepting Block's identification of "hundreds" of purported errors in plaintiff's mailing list, the record contains no evidence that these errors had any impact on

-38-

election processes. Accordingly, the prohibition will not alleviate defendants' harms in a direct and material way.

On this record, defendants have not shown that the prohibition is narrowly tailored to their stated interest in fostering confidence in and protecting the integrity of the electoral process. The Court concludes that the Personalized Application Prohibition is not narrowly tailored to achieving defendants' significant interests.

B.      Whether The Prohibition Leaves Open Ample Alternative Channels Of Communication

As noted, under intermediate scrutiny, the government has the burden of showing that the regulation is "narrowly tailored to achieving significant government interests" and "leaves open ample alternative channels of communication." Brewer, 18 F.4th at 1220. "While the First Amendment does not guarantee the right to employ every conceivable method of communication at all times and in all places, a restriction on expressive activity may be invalid if the remaining modes of communication are inadequate." City Council of L.A. v. Taxpayers for Vincent, 466 U.S. 789, 812 (1984) (citations omitted). To determine whether alternative channels are adequate, the Court assesses the speaker's ability to reach its target audience. Ward, 491 U.S. at 802.

Defendants argue that the Personalized Application Prohibition leaves open ample alternative channels of communication because its reach only precludes mailing unsolicited prefilled applications. In VoteAmerica II, the Tenth Circuit noted that despite the prohibition, plaintiff "may continue using the mails to send unsolicited letters to Kansas voters advocating for mail voting and may even include a separate sheet with all the information VPC previously

-39-

placed on prefilled applications along with a blank application and instructions for using it."[29]

121 F.4th at 845. While plaintiff's ideal method of communication may be restricted, it still has

ample ability to reach its target audience. Indeed, plaintiff "remains free to choose what avenue

of communication it will use to advocate for mail voting, including the use of unsolicited

mailers." Id. Accordingly, the Personalized Application Prohibition leaves open ample

alternative channels of communication.

To satisfy intermediate scrutiny, however, defendants must show that the Personalized

Application is narrowly tailored *and* leaves open ample channels of communication. See

Brewer, 18 F.4th at 1220. Because defendants cannot establish the former, the latter does not

render the statute constitutional. Accordingly, the Personalized Application Prohibition cannot

withstand intermediate scrutiny because it is not narrowly tailored to achieving defendants'

significant interests.

The Court holds that under both strict and intermediate scrutiny, the Personalized

Application Prohibition is an unconstitutional infringement on plaintiff's First Amendment

rights to speech.

**IT IS THEREFORE ORDERED that the second sentence of K.S.A. § 25-1122(k)(2)**

**is an unconstitutional infringement on plaintiff's First Amendment right to freedom of**

**speech. The Court therefore enjoins defendants from enforcing the second sentence of**

**K.S.A. § 25-1122(k)(2). If any parties want to be heard on the issue of judicial notice, they**

---

[29]    The Tenth Circuit made this observation in considering whether Meyer-Buckley strict scrutiny applied to plaintiff's First Amendment claim. See Meyer v. Grant, 486 U.S. 414 (1988); Buckley v. Am. Const. Law Found., Inc., 525 U.S. 182 (1999). Even so, the fact remains undisputed that plaintiff has this alternative method of communication.

-40-

may file a motion with the Court on or before July 14, 2025 at 5:00 PM.

Dated this 3rd day of July, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

-41-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

VOTE AMERICA, and
VOTER PARTICIPATION CENTER,

      **Plaintiffs,**

**v.**                                              **Case No. 2:21-cv-02253-KHV**

**SCOTT SCHWAB,**
*in his official capacity as Secretary of State*
*for the State of Kansas,*
**KRIS KOBACH,**
*in his official capacity as Attorney General*
*for the State of Kansas,* **and**
**STEPHEN M. HOWE,**
*in his official capacity as District Attorney*
*for Johnson County,*

      **Defendants.**

## JUDGMENT IN A CIVIL CASE

☒    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Consistent with the <u>MEMORANDUM AND ORDER</u> [Doc. 206] filed on July 3, 2025, judgment is entered in favor of plaintiff VOTER PARTICIPATION CENTER on Count I.  The second sentence of K.S.A. § 25-1122(k)(2) is an unconstitutional infringement on plaintiff's First Amendment right to freedom of speech. The Court therefore enjoins defendants from enforcing the second sentence of K.S.A. § 25-1122(k)(2).**

**By order of the <u>TENTH CIRCUIT MANDATE</u> [Doc. 194] filed on December 4, 2024, judgment is entered in favor of defendants SCOTT SCHWAB, KRIS KOBACH, and STEPHEN M. HOWE on Counts II and III.**

**ENTERED** this <u>16</u>th day of JULY 2025 at Kansas City, Kansas.

SKYLER B. O'HARA,
CLERK OF THE DISTRICT COURT

by:

/s/ Jeffrey S. Hokanson
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| VOTEAMERICA and<br>VOTER PARTICIPATION CENTER,<br><br>*Plaintiffs,*<br><br>vs.<br><br>SCOTT SCHWAB, in his official capacity as<br>Secretary of State of the State of Kansas; KRIS<br>KOBACH, in his official capacity as Attorney<br>General of the State of Kansas; and STEPHEN<br>M. HOWE, in his official capacity as District<br>Attorney of Johnson County,<br><br>*Defendants.* | Case No. 2:21-cv-02253-KHV-GEB |

## DEFENDANTS' NOTICE OF APPEAL

Defendants Scott Schwab, Kris Kobach, and Stephen M. Howe, all of whom have been sued in their official capacities, hereby appeal to the U.S. Court of Appeals for the Tenth Circuit from the district court's Memorandum & Order dated July 3, 2025, and its corresponding final judgment entered on July 16, 2025. *See* Docs. 206, 208.

Respectfully Submitted,

By: /s/ Bradley J. Schlozman
Bradley J. Schlozman (KS Bar #17621)
Scott R. Schillings (KS Bar #16150)
**HINKLE LAW FIRM LLC**
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206
Telephone: (316) 267-2000
Facsimile: (316) 630-8466
Email: bschlozman@hinklaw.com
E-mail: sschillings@hinklaw.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13rd day of August 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By /s/ Bradley J. Schlozman

2

Appellate Case: 25-3138   Document: 24-4   Date Filed: 11/07/2025   Page: 69

| | | # of mailed | # of respondents | # of responses | # of requests | # of successful requests | # of successful returns | # of other requests | # of invalid responses | # of no action | Average number of responses per | as % of mailed Respondents | Requests | Successful requests | Successful returns | Other requests | No action | Successful returns as % of respondents | Successful returns as % of requests | Invalid responses as % of respondents |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall | | 18,786,138 | 3,084,194 | 3,503,356 | 9,186,203 | 3,002,373 | 2,711,481 | 6,183,830 | 81,821 | 9,518,114 | 1.1 | 16.4 | 48.9 | 16.0 | 14.4 | 32.9 | 50.7 | 87.9 | 90.3 | 2.7 |
| States | | | | | | | | | | | | | | | | | | | | |
| | AK | 92,167 | 10,939 | 12,737 | 38,913 | 10,851 | 9,214 | 28,062 | 88 | 53,166 | 1.2 | 11.9 | 42.2 | 11.8 | 10.0 | 30.4 | 57.7 | 84.2 | 84.9 | 0.8 |
| | AR | 61,876 | 4,664 | 4,664 | 36,685 | 4,494 | 4,067 | 32,191 | 170 | 25,021 | 1.0 | 7.5 | 59.3 | 7.3 | 6.6 | 52.0 | 40.4 | 87.2 | 90.5 | 3.6 |
| | AZ | 550,939 | 51,824 | 61,626 | 244,639 | 49,771 | 43,195 | 194,868 | 2,053 | 304,247 | 1.2 | 9.4 | 44.4 | 9.0 | 7.8 | 35.4 | 55.2 | 83.3 | 86.8 | 4.0 |
| | FL | 4,201,599 | 592,083 | 676,016 | 2,394,144 | 578,456 | 522,252 | 1,815,688 | 13,627 | 1,793,828 | 1.1 | 14.1 | 57.0 | 13.8 | 12.4 | 43.2 | 42.7 | 88.2 | 90.3 | 2.3 |
| | GA | 2,486,412 | 482,934 | 556,640 | 1,441,261 | 476,683 | 431,741 | 964,578 | 6,251 | 1,038,900 | 1.2 | 19.4 | 58.0 | 19.2 | 17.4 | 38.8 | 41.8 | 89.4 | 90.6 | 1.3 |
| | IA | 765,429 | 189,187 | 211,508 | 423,069 | 186,789 | 177,182 | 236,280 | 2,398 | 339,962 | 1.1 | 24.7 | 55.3 | 24.4 | 23.1 | 30.9 | 44.4 | 93.7 | 94.9 | 1.3 |
| | KS | 507,864 | 112,597 | 127,336 | 282,355 | 111,199 | 111,077 | 171,156 | 1,398 | 224,111 | 1.1 | 22.2 | 55.6 | 21.9 | 21.9 | 33.7 | 44.1 | 98.7 | 99.9 | 1.2 |
| | ME | 297,818 | 50,816 | 59,291 | 135,868 | 49,791 | 46,343 | 86,077 | 1,025 | 160,925 | 1.2 | 17.1 | 45.6 | 16.7 | 15.6 | 28.9 | 54.0 | 91.2 | 93.1 | 2.0 |
| | MI | 1,757,274 | 197,207 | 221,234 | 598,088 | 191,981 | 169,639 | 406,107 | 5,226 | 1,153,960 | 1.1 | 11.2 | 34.0 | 10.9 | 9.7 | 23.1 | 65.7 | 86.0 | 88.4 | 2.7 |
| | MN | 1,174,816 | 192,758 | 223,146 | 624,382 | 169,461 | 169,461 | 454,921 | 23,297 | 527,137 | 1.2 | 16.4 | 53.1 | 14.4 | 14.4 | 38.7 | 44.9 | 87.9 | 100.0 | 12.1 |
| | NC | 2,910,749 | 464,656 | 518,173 | 2,024,171 | 456,505 | 428,609 | 1,567,666 | 8,151 | 878,427 | 1.1 | 16.0 | 69.5 | 15.7 | 14.7 | 53.9 | 30.2 | 92.2 | 93.9 | 1.8 |
| | NE | 173,694 | 19,508 | 20,532 | 69,781 | 18,847 | 16,917 | 50,934 | 661 | 103,252 | 1.1 | 11.2 | 40.2 | 10.9 | 9.7 | 29.3 | 59.4 | 86.7 | 89.8 | 3.4 |
| | NM | 504,696 | 109,484 | 131,447 | 305,740 | 107,983 | 101,998 | 197,757 | 1,501 | 197,455 | 1.2 | 21.7 | 60.6 | 21.4 | 20.2 | 39.2 | 39.1 | 93.2 | 94.5 | 1.4 |
| | OH | 2,384,025 | 478,081 | 550,966 | 966,630 | 454,869 | 408,024 | 511,761 | 23,212 | 1,394,183 | 1.2 | 20.1 | 40.5 | 19.1 | 17.1 | 21.5 | 58.5 | 85.3 | 89.7 | 4.9 |
| | PA | 2,372,961 | 440,157 | 522,060 | 724,628 | 429,115 | 362,883 | 295,513 | 11,042 | 1,637,291 | 1.2 | 18.5 | 30.5 | 18.1 | 15.3 | 12.5 | 69.0 | 82.4 | 84.6 | 2.5 |
| | TX | 1,001,370 | 216,693 | 240,480 | 705,641 | 192,450 | 192,450 | 513,191 | 24,243 | 271,486 | 1.1 | 21.6 | 70.5 | 19.2 | 19.2 | 51.2 | 27.1 | 88.8 | 100.0 | 11.2 |
| | VA | 2,251,653 | 311,108 | 311,108 | 1,338,757 | 300,971 | 278,238 | 1,037,786 | 10,137 | 902,759 | 1.0 | 13.8 | 59.5 | 13.4 | 12.4 | 46.1 | 40.1 | 89.4 | 92.4 | 3.3 |
| | WI | 377,731 | 33,605 | 36,191 | 185,645 | 30,573 | 28,711 | 155,072 | 3,032 | 189,054 | 1.1 | 8.9 | 49.1 | 8.1 | 7.6 | 41.1 | 50.0 | 85.4 | 93.9 | 9.0 |
| | | | | | | | | | | | | | | | | | | | | |
| * MN, NC, and TX is excluded from the overall. | | | | | | | | | | | | | | | | | | | | |
| ** Counties with request rates < 1%, without response, and identified as outliers are excluded. | | | | | | | | | | | | | | | | | | | | |

VPC000133

V2002   KSR  KSAI034O97O

**The Center for Voter Information**
4319 South National #315
Springfield MO, 65810
© 2016-2020 The Center for Voter Information.
All Rights Reserved.

| VOTE AT HOME BALLOT REQUEST FORM |
| DO NOT DISCARD |

ELECTRONIC SERVICE REQUESTED

| NONPROFIT |
| U.S. POSTAGE |
| **PAID** |
| PERMIT #2227 |
| LANSDALE, PA |

37120000008
Jane A. Smith
123 Main Street
Anytown, KS  12345-6789

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

VPC000001

KSR
V2003

# Center For Voter
## Information

> If you've already submitted a request for a ballot by mail for the 2020 General Election, there is no need to submit another request.

Dear Jane,

**County election officials in Kansas encourage voters to use mail ballots in upcoming elections.** I have sent you the enclosed advanced ballot by mail application already filled out with your name and address.

**Voting by mail is EASY.** Just sign, date, and complete the application. Drop it in the mail and you will receive a ballot from your county election office which you can complete and return without ever leaving your home. No waiting in line.

**Voting by mail keeps you healthy and safe.** The best way to protect yourself, your family, and your whole community during this time is to vote by mail.

You can even research the candidates as you vote.

**Your privacy is protected.** If you use the enclosed envelope with **pre-paid postage**, your application will be delivered directly to your county election office.

You can check your ballot status at: **myvoteinfo.voteks.org/voterview**

Sincerely,

Lionel Dripps
*Center for Voter Information*



**HOW DO YOU COMPARE WITH OTHERS?** *

Your Participation          Average of All Voters

**Your voting score is:**
below average

P.S. We have already filled in your name and address on the enclosed form. **Please take a minute to complete the form, sign and date it, and place the form in the pre-addressed, postage-paid envelope.** Thank you.

*Data obtained from publicly available state voter files.

If you wish to be removed from our mailing list, email this code: KSAI0340970 to unsubscribe@centerforvoterinformation.org

This mailing has been paid for by the Center for Voter Information (CVI). CVI is a non-government, nonprofit, 501(c)(4) organization. **(866)-377-7396** www.centerforvoterinformation.org. CVI is not affiliated with state or local election officials.
© 2016-2020 The Center for Voter Information. All Rights Reserved.

37128000008



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                        VPC000002

VKS01
V2002

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

FORM
AV1M



### 1. Affirmation

Affirmation of an Elector of the County of ___SEWARD___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of _____, County of _____, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information    Please print.

| HUYNH | JANE | T |
|---|---|---|
| Last Name | First Name | M.I. |

| 123 MAIN STREET | ANYTOWN | KS | 12345 |
|---|---|---|---|
| Residential Address | City | State | Zip Code |

Date of Birth (MM/DD/YY)

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature    Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required ▶**

| _____ | _____ | _____ |
|---|---|---|
| Signature of Voter | Date (MM/DD/YY) | Phone Number |

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 9/24/19 tc

37120000008_KSAT0340970_KSR

SEWARD

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

VPC000003

VKS01
V2002

## IT'S AS EASY AS 1-2-3

You're a voter, and for you, voting by mail is simple. Here's how it works:

**STEP 1:** You complete, sign, and mail the form on the reverse of this sheet.

**STEP 2:** Your county election office sends you an advance ballot by mail.

**STEP 3:** You fill out the ballot and return it to your county election office—by mail.

## SEE REVERSE FOR YOUR APPLICATION TO VOTE-BY-MAIL

For questions, please call your county election office. You can find their phone number at
**https://www.sos.ks.gov/elections/county_election_officers.aspx**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

VPC000004

Jane A. Smith
123 Main Street
Anytown, KS 12345-6789
Seward

NO POSTAGE NECESSARY.
POSTAGE HAS BEEN PAID.

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
VPC
IMB-POSTAGE

SEWARD COUNTY CLERK
515 N Washington Ave Ste 100
Liberal, KS 67901-3496

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
VPC000005

Registered voters have been receiving a mailer from an organization called The Center for Voter Information located in Springfield Mo. Which includes applications for advance voting by mail that are already filled out with their information. This has caused quite a bit of confusion for voters. Please be aware that this mailer information is not coming from the Ford County Election Office. It is from an outside source. There may also be mailers from other organizations containing advance ballot applications coming as well.

Our office did send out applications for ballots by mail in April and May. They contain two applications, one for the Primary in August and one for the General in November. If you sent those in, we do not need another application. If you are not, sure, you sent them in you may call our office at 620-227-45501 or 620-227-4550 and we can look it up to see if we received it. Voters should be aware that it is not a requirement to vote by mail- you may vote in person at the polls on Election Day.

You may vote early in the Rose Room of the Government Center beginning October 15.

If you have sent for a ballot by mail and decide to vote in person after the ballots have been mail out on October 14 you will have to vote provisional. If you sent in an application and now wish to vote in person and not receive a ballot by mail. Please contact our office in writing before October 14.

If you would like to receive a ballot by mail for the General Election you may use the application you received, please make sure the information is correct, or you may contact the County Clerk's Office to request a mail ballot application from the local Election Office.

We will have a drop box just for ballots, for people to use for the General Election that will be located inside the door of the Survey/GIS office on the corner of Gunsmoke and Central.

Contact the County Clerk's Office with any questions of concerns at 620-227-4551.



Exhibit #

Cox 15

9/9/22

2976457, 0211.01, KR0057
SHEILA ERNELLE BEENE
APT 302
600 SE MADISON ST
TOPEKA, KS 66607

Office of the Kansas Secretary of State
**Application for Advance Ballot by Mail**
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

### 1. Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of _____, County of _____, ss: (where application is completed)

### 2. Voter Identification Requirements

**PROVISIONAL**

I understand t_____ _____ driver's license number or Kansas nondriver's identification card number
must be provi____

Current Kans_____ driver's identification card number: _____

If I do not hav_____ er's license number or Kansas non_____, I
must provide a copy of one of the following ___ns of photo identification with this a_____ llot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office
- U.S. military ID
- Student ID car_____condary educational ins___
- Public assistan___
- ID card issued

### 3. Personal Information   Please print.

**REDACTED**

| BEENE | SHEILA | E | Date of Birth (MM/DD/YY) |
|---|---|---|---|
| Last Name | First Name | M.I. | |

| 600 SE MADISON ST APT 302 330 | TOPEKA | KS | 66607 |
|---|---|---|---|
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☑ Democratic ☐ Republican

**RECEIVED**
SEP 2 3 2020
SHAWNEE COUNTY
ELECTION OFFICE

### 4. Address to Mail Ballot (if different from residential address)

| | | | |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on _____11/03/2020_____ (date).

Required ▶ *Sheila E Beene*   9-18-20   785 506-3002
Signature of Voter   Date (MM/DD/YY)   Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc



**BE SURE TO STATE:**

☆

⊓ your name

◻ from election office

◻ the info. or question

◻ contact information

◻ thanks for their time

☆

☆

Voter Called:

Name _Donald_____

Address _____

Date: _10 - 7_____   Time: _____

Phone Number: _234-6147_  Reg. Card   Adv Appl.   Directory

MSG   Machine   Talked To: _Nurse_____

Information needed: _Sending reg form + the facility_
_will fax it. Sending MB app + they'll_
_mail it. He's in a mental health_
_facility_____

Who made the call: _Lin_____

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

5796695, 0035.01, KR0050
**COLBY RYAN REED**
4524 NW ROCHESTER RD
TOPEKA, KS 66617

### 1. Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___, County of ___Shawnee___, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military
- Student ID card issued by accredited postsecondary educational institution
- Public assistance
- ID card issued

### 3. Personal Information   Please print

| REED | COLBY | R |
|------|-------|---|
| Last Name | First Name | M.I. |

| 4524 NW ROCHESTER RD | TOPEKA | KS | 66617 |
|---------------------|--------|-----|-------|
| Residential Address | City | State | Zip Code |

Date of Birth (MM/DD/YY): _____

Political Party (To be filled in only when requesting a primary election ballot): ☑ Democratic   ☐ Republican

PROVISIONAL

### 4. Address to Mail Ballot (if different from residential address)

| 2220 SW 37th Terrace Apt 11 | Topeka | KS | 66611 |
|------------------------------|--------|-----|-------|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on
_____11/03/2020_____ (date)

**Required** ▶

| _(signature)_ | 09/28/20 | 785-581-3119 |
|---------------|----------|--------------|
| Signature of Voter | Date (MM/DD/YY) | Phone Number |

FOR OFFICE USE ONLY  Date App. Rec'd _____  Ballot Mailed _____  Transmitted by _____

RECEIVED
OCT 0 2 2020
SHAWNEE COUNTY
ELECTION OFFICE

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

Sent 10/2  Appellants' Appendix - Vol. IV - 829

36180195242  KSAR0201473  KSR

KS-SHAWNEE



**Shawnee County**

# Commissioner of Elections

Andrew Howell          3420 SW Van Buren St
Election Commissioner     Topeka, Kansas 66611
Mark Stock               (785) 251-5900
Asst. Election Commissioner    FAX (785) 251-5999

TO    Colby Reed
        2220 SW 29th Ter
        Apt 11
        Topeka KS 66611

FROM:  Jay Hatfield
          Election Manager

DATE:  October 19, 2020

RE:  Change of Address/ Identification

We have received your application for an advance ballot.  You indicated a different address than what we have on your registration file.  You also failed to submit your driver's license number or a copy of any other acceptable form of photo identification as the law requires. Under the NVRA fail-safe provisions, you are entitled to vote a provisional ballot.  Please follow the instructions carefully.

## INSTRUCTIONS FOR VOTING A PROVISIONAL BALLOT

1. Complete and sign the voter registration application-leaving it attached to the envelope.
2. Seal your voted ballot in the provisional ballot envelope.
3. Sign the Voter's Affirmation on the front of the provisional ballot envelope.
4. Provide a legible copy of your identification. A list of acceptable documents is enclosed.
5. Mail the sealed provisional ballot envelope and the copy of your identification in the large postage paid return envelope.

**We must receive your ballot by 7:00 p.m. November 3, 2020, Election Day.**  Your ballot will be presented to the Board of Canvassers at the Shawnee County Election Office at 9:00 a.m. on Monday, November 16, 2020.

If you have any questions, please call (785) 251-5900 between 8:00 a.m. and 5:00 p.m., Monday through Friday.

Thank you for your cooperation.

Enclosed:  Ballot
            Registration application
            Provisional envelope
            Return envelope
            List of acceptable IDs

O:\Common\Temp\Provisional Team letters\Prov- address change-ID.docx

Appellate Case: 25-3138   Document: 24-4   Date Filed: 11/07/2025   Page: 80

## PHONE RECORD

**BE SURE TO STATE:**



- your name
- from election office
- the info. or question
- contact information
- thanks for their time



Voter Called:

5796695, 0035.01, KR0050
**COLBY RYAN REED**
4524 NW ROCHESTER RD
TOPEKA, KS 66617

Date: 10/5/20        Time: 1:00

Phone Number: 581-3119    Reg. Card  Adv Appl.  Directory

MSG  Machine    Talked To: spouse

Information needed: Left message with spouse — current address is 2220 SW 29th Terr — need to re-reg and submit another adv app. Reminded: need ID on app and deadline for reg.

Who made the call: LL

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

5502704, 0206.02, KR0057
DONALD R VALDIVIA
RM A-4
440 SE WOODLAND AVE
TOPEKA, KS 66607

### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of __KANSAS__ , County of __SHAWNEE__ , ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas ___ber
must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number ___

If I do not have a current and valid Kansas driver's license number or Kansas nond
must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

| VALDIVIA | DONALD | R | REDACTED |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |
| 140 SE WOODLAND AVE RM A-4  C39 | TOPEKA | KS | 66607 |
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

| | | | |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

| Required ► Donald R Valdivia | 9-29-20 | 785-234 6147 |
|---|---|---|
| Signature of Voter | Date (MM/DD/YY) | Phone Number |

FOR OFFICE USE ONLY Date App. Rec'd. _____ Ballot Mailed _____ Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a), Rev 6/1/20 tc

## PHONE RECORD

**BE SURE TO STATE:**



☐ your name

☐ from election office

☐ the info. or question

☐ contact information

☐ thanks for their time



Voter Called:

Name _Sheila Beeno_

Address _____

Date: _9-22_     Time: _____

Phone Number: _506-3002_     Reg. Card   Adv Appl.   Directory

(MSG)  Machine     Talked To: _____

Information needed: _Apt Change Sent reg form_

_____

_____

_____

Who made the call: _Su_

2948751, 0310.01, KR0057
**MATTHEW S WATERS**
APT 614
1122 SW JACKSON ST
TOPEKA, KS 66612-1350

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

### 1. Affirmation

Affirmation of an Elector of the County of ____SHAWNEE____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of _KANSAS_ , County of _SHAWNEE_ , ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas n____ ____ number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nond____, I must provide a copy of one of the following forms of photo identification with this a____ llot.

*apt change only*

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military II____
- Student ID ca____ ____condary educational in____
- Public assista____
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

**REDACTED**

| | | |
|---|---|---|
| WATERS | MATTHEW | S |
| Last Name | First Name | M.I. |

Date of Birth (MM/DD/YY)

1122 SW JACKSON ST APT ~~614~~ 306    TOPEKA    KS    66612
Residential Address    City    State    Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

_____    _____    _____
Mailing Address    City    State    Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ____11/03/2020____ (date).

**Required** ➤ _Matthew Waters_    08-26-20    785-338-3250
Signature of Voter    Date (MM/DD/YY)    Phone Number

FOR OFFICE USE ONLY Date App. Recd. ____ Ballot Mailed __10-17__ Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc



# Shawnee County
# Commissioner of Elections

Andrew Howell
Election Commissioner
Mark A. Stock
Assistant Election Commissioner

3420 SW Van Buren St
Topeka, Kansas 66611
FAX (785) 251-5999
TEL (785) 251-5900

**To:** Matthew S Waters
1122 SW Jackson St Apt 306
Topeka, KS 66612

**Date:** September 12, 2020

**From:** Jay Hatfield
Election Manager

**Re:** Application for Advance Ballot by Mail and Voter Registration

Your Application for Advance Ballot by Mail has been received, and determined to be unable to process upon receipt for the following reason(s):

☒ The information that you provided on your Application for Advance Ballot by Mail is different than the voter registration information we have on file. **You must re-register to vote.**

☐ You are not registered to vote in Shawnee County. **You must register to vote.**

☐ The information that the Center for Voter Information provided on your Application for Advance Ballot by Mail seems older than your current voter registration. **We will need a new Application for Advance Ballot by Mail from you.**

Please complete the enclosed copy of your:

☐ Application for Advance Ballot by Mail. Be sure to complete all required information and **sign** it, and return it to our office at your earliest convenience.

☒ Voter Registration Application. Be sure to complete all required information and **sign** it
-OR-
if you have a Kansas Driver's License of Kansas Identification card, you may register at the following website: https://www.kdor.ks.gov/Apps/VoterReg/Default.aspx.

If you have any questions, please contact our staff in Advance Voting at the Shawnee County Elections Office by calling (785) 251-5900 from 8:00 a.m. to 5:00 p.m. CST Monday through Friday.

Thank you for your cooperation.

Enclosed:
☐ Application for Advance Ballot by Mail
☒ Voter Registration Application
Return Envelope

O:\Common\Elections\Template.AdvanceAppRegIssues.docx

VKS01
V2002

Office of the Kansas Secretary of State
**Application for Advance Ballot by Mail**
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

5804810, 0024.02, KR0050
SAVANNAH LEE KADOUS
223 NE PLEASANT HILLS CT
TOPEKA, KS 66617



### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Acvance Voting Ballot
State of _Kansas_, County of _Shawnee_, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: ___**REDACTED**___

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

COPY

### 3. Personal Information   Please print.

SKOCH _Kadous_     SAVANNAH     L     **REDACTED**
Last Name     First Name     M.L     Date of Birth (MM/DD/YY)
9148 NW ROCHESTER RD     TOPEKA     KS     66617
Residential Address     City     State     Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☒ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

_223 NE Pleasant Hills Ct_     _Topeka_     _KS_     _66617_
Mailing Address          _residential_     City  _ok to process – LC_     State     Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ▶   _Savannah Skal_     _09/5/20_     _785-230-9053_
Signature of Voter     Date (MM/DD/YY)     Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____   **RECEIVED**

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594   **SEP 1 4 2020**
KSA 25-1122d(a), Rev 6/1/20 tc

Appellants' Appendix - Vol. IV - 836

SHAWNEE COUNTY
ELECTION OFFICE
SHAWNEE

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

**I. Affirmation**

5048775, 0709.01, KR0055
**THEODORE EVALD SCHAFER**
900 SW ANDERSON TER
TOPEKA, KS 66606-2012

Affirmation of an Elector of the County of ___SHAWNEE___

State of ___Kansas___, County of ___Shawne___ (where application is completed)

**2. Voter Identification Requirements**

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: ___**REDACTED**___

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

**3. Personal Information**   Please print.

~~LANG~~ Schafer   ~~KARA~~ Theodore   ☑ E   **REDACTED**
Last Name    First Name    M.I.   Date of Birth (MM/DD/YY)

900 SW ANDERSON TER   TOPEKA   KS   66606
Residential Address    City    State    Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

**4. Address to Mail Ballot (if different from residential address)**

900 SW Anderson TER   Topeka   Kansas 66606
Mailing Address    City    State    Zip Code

OCT 19 2020 PM 2:00

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

**5. Voter Signature**   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ▶  Theo Schaf   16-16-2020   913-242-0059
Signature of Voter    Date (MM/DD/YY)   Phone Number

FOR OFFICE USE ONLY Date App. Rec'd ___MB___ Ballot Mailed _____ Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 9/24/19 lc

Appellants' Appendix - Vol. IV - 837

37128265984  KSAI8347842 KSR

SHAWNEE

VKS01
/2002

Office of the Kansas Secretary of State

# Application for Advance Ballot by Mail

DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2976516, 1009.01, KR0053
**JAMIE ELAINE HUSKE**
2008 SW QUIVIRA DR
TOPEKA, KS 66604

### 1. Affirmation

Affirmation of an Elector of the County of _____ SHAWNEE _____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of _Kansas_ , County of _Shawnee_ , ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _ **REDACTED** _

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information    Please print.

| HUSKE | JAMIE | ✓ | E | **REDACTED** |
| Last Name | First Name | | M.I. | Date of Birth (MM/DD/YY) |

| 2008 SW QUIVIRA DR | TOPEKA | KS | 66604 |
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☒ Republican

### 4. Address to Mail Ballot (if different from residential address)

| 2008 SW Quivira Dr | Topeka | KS | 66604 |
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

RECEIVED
AUG 2 0 2020
SHAWNEE COUNTY
ELECTION OFFICE

### 5. Voter Signature    Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on _11/03/2020_ (date).

**Required** ▶ | _Jamie Huske_ | 8/18/2020 | 785-581-6794 |
| Signature of Voter | Date (MM/DD/YY) | Phone Number |

FOR OFFICE USE ONLY  Date App. Rec'd _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a), Rev 9/24/19 tc

37120255491 KSAI0200072 KSR

SHAWNEE

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

6135627, 0409.01, KR0058
CLAUDIA SUSANA LOPEZ
600 SE 25TH ST
TOPEKA, KS 66605

### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of __Kansas__, County of __Shawnee__, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _    **REDACTED**

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

| LERMA Lopez | CLAUDIA | S | **REDACTED** |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |
| 600 SE 25TH ST | TOPEKA | KS | 66605 |
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

| | | | |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ▶ Signature of Voter ___ / Date (MM/DD/YY) __08/24/20__ / Phone Number __785-274-7268__

FOR OFFICE USE ONLY Date App. Rec'd. _____ Ballot Mailed _____ Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

Appellants' Appendix - Vol. IV - 839

32150188707 KSAS6312834 KSR

Office of the Kansas Secretary of State

## Application for Advance Ballot by Mail

DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2895149, 0025.01, KR0050
**TAMMY L GUFFEY**
908 NE 46TH ST
TOPEKA, KS 66617

### 1. Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot

State of __Shawnee Ta__, County of __Shawnee__, ss: (where application is completed)
KANSAS

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____ **REDACTED**

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information    Please print.

| GUFFEY ← Morgan | TAMMY | L | **REDACTED** |
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |
| 908 NE 46TH ST | TOPEKA | KS | 66617 |
| Residential Address | City | State  SEP 1 | Zip Code |

SHAWNEE COUNTY
ELECTION OFFICE

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

| 908 NE 46th Street | Topeka | KS | 66617 |
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature    Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on _____11/03/2020_____ (date).

| **Required** ▶ | Tammy Guffey-Morgan | 9/8/2020 | 785-249-3887 |
| | Signature of Voter | Date (MM/DD/YY) | Phone Number |

KN-Jen

FOR OFFICE USE ONLY  Date App. Rec'd _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

JRH

32158214593  KSAS8127784  KSR

SHAWNEE

VKS01

Office of the Kansas Secretary of State

# Application for Advance Ballot by Mail

DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2883921, 1006.01, KR0053
JAMES A CANTRELL
1048 SW BELLE AVE
TOPEKA, KS 66604

## 1. Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of _KANSAS_, County of _SHAWNEE_, ss: (where application is completed)

## 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _ **REDACTED** ✓

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

## 3. Personal Information   Please print.

| CANTRELL | JAMES ✓ | A ✓ | **REDACTED** ✓ |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |

| 1048 SW BELLE AVE ✓ | TOPEKA | KS | 66604 |
|---|---|---|---|
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot):  ☐ Democratic  ☐ Republican

RECEIVED
SEP 1 0 2020
SHAWNEE COUNTY
ELECTION OFFICE

## 4. Address to Mail Ballot (if different from residential address)

COPY

| | | | |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

## 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on _____11/03/2020_____ (date).

**Required** ➤ | *James A Cantrell* | 09/09/2020 | 785-272-1836 |
| Signature of Voter | Date (MM/DD/YY) | Phone Number |

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 9/24/19 tc

37128246267 KSAIB194748 KSR

SHAWNEE

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2892961, 1401.01, KR0056
**DANA F HARRISON**
3903 SW 39TH TER
TOPEKA, KS 66610

### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of __Kansas__, County of __Shawnee__, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____ **REDACTED**

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information    Please print.

| HARRISON | MARK Dana | W | **REDACTED** |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |
| 3903 SW 39TH TER | TOPEKA | KS | 66610 |
| Residential Address | City | State | Zip Code |

**COPY**

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

| | | | |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

**RECEIVED**

### 5. Voter Signature    Note: False statement on this affirmation is a severity level 9, nonperson felony.

SEP 21 2020

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

ELECTION OFFICE

**Required** ► Dana Harrison          9/18/2020          785-221-5680
Signature of Voter          Date (MM/DD/YY)          Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. ___NH___  Ballot Mailed _____  Transmitted by _____
Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

36180183908  KSAR01238B0 KSR                                                          KS-SHAWNEE

S01
002

2953651  0030.01  KR0050
LINDA KAY NAIL
4426 NW MESA CT
TOPEKA, KS 66618

Office of the Kansas Secretary of State
# Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___, County of ___Shawnee___, ss: (where application is completed)

## 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

## 3. Personal Information   Please print.

NAIL                              ~~JACK~~ Linda              K ~~D~~          **REDACTED**

Last Name                         First Name                  M.I.            Date of Birth (MM/DD/YY)

426 NW MESA CT                    TOPEKA                      KS              66618
Residential Address               City                        State           Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☒ Republican

## 4. Address to Mail Ballot (if different from residential address)

_____          _____   _____   _____
Mailing Address                   City                        State           Zip Code

**Note:** The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

## 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** →   Linda K Nail              08-26-20           785-220-0537
             Signature of Voter           Date (MM/DD/YY)    Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

3215928559R KSAS8131692 KSR                                                          SHAWNEE

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2970878, 0808.01, KR0055
**MEGAN KAYLYNN GILBERT**
1715 SW HIGH AVE
TOPEKA, KS 66604

### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of __Kansas__, County of __Shawnee__, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: __     **REDACTED**

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

~~DEEDRICK~~ Gilbert | MEGAN | K | **REDACTED**
Last Name | First Name | M.I. | Date of Birth (MM/DD/YY)

1715 SW HIGH AVE | TOPEKA | KS | 66604
Residential Address | City | State | Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

___ | ___ | ___ | ___
Mailing Address | City | State | Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ▶ _Megan Gillett_  08/25/2020   (785) 817·5038
Signature of Voter | Date (MM/DD/YY) | Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

Appellants' Appendix - Vol. IV - 844

SHAWNEE

Office of the Kansas Secretary of State

# Application for Advance Ballot by Mail

DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2972660, 1208.02, KR0052
**ASHLEY ANNE CRAIG**
3400 SW SKYLINE PKWY
TOPEKA, KS 66614

## 1. Affirmation

 ...rmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___ , County of ___Topeka___ , ss: (where application is completed)

## 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____ **REDACTED** _____

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

## 3. Personal Information   Please print.

~~WELLS~~ Craig   ASHLEY   A   **REDACTED** ✓
Last Name   First Name   M.I.   Date of Birth (MM/DD/YY)

~~3400~~ 400 SW SKYLINE PKWY   TOPEKA   KS   66614 ✓
Residential Address   City   State   Zip Code

 ...itical Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

## 4. Address to Mail Ballot (if different from residential address)

_____   _____   ___   ___
Mailing Address   City   State   Zip Code

**RECEIVED**
AUG 1 9 2020
SHAWNEE COUNTY
ELECTION OFFICE

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

## 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ➤ Ashley Craig   08/15/2020   (785) 221-5899 ✓
Signature of Voter   Date (MM/DD/YY)   Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____ Ballot Mailed _____ Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 9/24/19 tc

Appellants' Appendix - Vol. IV - 845

37128276432 KSAI0210983 KSR

SHAWNEE

VKS01

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2934912, 1404.01, KR0052
**JULLIE ANN WHITNEY**
6322 SW 44TH CT
TOPEKA, KS 66610

### 1. Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of _____Kansas_____, County of _____SHAWNEE_____, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: ✓ REDACTED _ _ _ —

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information    Please print.

~~BESACK~~ WHITNEY                JULLIE                          A        **REDACTED**
Last Name                        First Name                      M.I.     Date of Birth (MM/DD/YY)
6322 SW 44TH CT                  TOPEKA                          KS       66610
Residential Address              City                            State    Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☒ Republican

### 4. Address to Mail Ballot (if different from residential address)

COPY

Mailing Address                  City                            State    Zip Code

**Note:** The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature    Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on _____11/03/2020_____ (date).

**Required** ➤  Jullie Whitney          08.24.20                785-608-3749
             Signature of Voter         Date (MM/DD/YY)          Phone Number

FOR OFFICE USE ONLY Date App. Recd. _____ Ballot Mailed _____ Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

32150037556 KSAS0125486 KSR

SHAWNEE

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2935566, 0042.01, KR0054
JILL ELIENE PALETTA
3928 SE KENNY DR
TOPEKA, KS 66609

### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___, County of ___Shawnee___, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: ___REDACTED___

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office
- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information    Please print.

REDACTED

SOZA Paletta  Last Name    JILL  First Name    E  M.I.    Date of Birth (MM/DD/YY)

3928 SE KENNY DR  Residential Address    TOPEKA  City    KS  State    66609  Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic  ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

Mailing Address ___    City ___    State ___    Zip Code ___

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature    Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

Required ▶ ___Jill E Paletta___  Signature of Voter    ___081660___  Date (MM/DD/YY)    ___785-221-7352___  Phone Number

RECEIVED

FOR OFFICE USE ONLY  Date App. Recd. ___    Ballot Mailed ___    Transmitted by ___  AUG 10 2020

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a), Rev 9/24/19 tc

37120267171 KSA10208888 KSR

SHAWNEE

S01
002

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

5870834, 0091.01, KR0052
**DULCE ANGELICA GRAME**
2952 SW GAINSBORO RD
TOPEKA, KS 66614

### Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of __Kansas__, County of __Shawnee__, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _ **REDACTED**

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

**REDACTED**

| ~~FERNANDEZ~~ Grame | DULCE | A | |
|---|---|---|---|
| Name | First Name | M.I. | Date of Birth (MM/DD/YY) |
| 952 SW GAINSBORO RD | TOPEKA | KS | 66614 |
| Residential Address | City | State | Zip Code |

COPY

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

| | | | |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on _____11/03/2020_____ (date).

**Required** ➤ Dulce Grame _____ 5/6/2020 _____ 785 964 0271
Signature of Voter          Date (MM/DD/YY)          Phone Number

**RECEIVED**
SEP 1 4 2020
SHAWNEE COUNTY
ELECTION OFFICE

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____
Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 9/24/19 tc

37120272281 KSAI8259879 KSR

SHAWNEE

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2967455, 1108.02, KR0053
**LAKECIA L HYMON**
5206 SW 28TH ST
TOPEKA, KS 66614

**'. Affirmation**

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___, County of ___Shawnee___, ss: (where application is completed)

**2. Voter Identification Requirements**

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: ___**REDACTED**___

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

**3. Personal Information**   Please print.

~~BRADEN~~ Hyman        LAKECIA        L ✓  **REDACTED** ✓

Last Name        CK- LC  First Name        M.I.   Date of Birth (MM/DD/YY)

206 SW 28TH ST        TOPEKA        KS        66614 ✓

Residential Address        City        State        Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic  ☐ Republican

**4. Address to Mail Ballot (if different from residential address)**

_____        _____        _____        _____
Mailing Address        City        State        Zip Code

**Note:** The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

**5. Voter Signature**   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ▶ _Lakecia Hymon_ 10/07/20

Signature of Voter        Date (MM/DD/YY)        Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd ___dr___ Ballot Mailed _____ Transmitted by _____
Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KGA 25-1122d(a): Rev 6/1/20 tc

33710181291  KSAU0112580 K5R        KS-SHAWNEE

Office of the Kansas Secretary of State

# Application for Advance Ballot by Mail

DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

5344661  1001 02  KR0053
MARISSA LEE ROWLAND
423 SW DANBURY LN
TOPEKA, KS 66606

## 1. Affirmation

Affirmation of an Elector of the County of ____SHAWNEE____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ____KS____, County of _____, ss: (where application is completed)

## 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____   **REDACTED**

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

## 3. Personal Information   Please print.

**REDACTED**

ROWLAND  ~~DEENA~~ Marissa   R L   Date of Birth (MM/DD/YY) _____
Last Name / First Name / M.I.

423 SW DANBURY LN   TOPEKA   KS   66606
Residential Address / City / State / Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

## 4. Address to Mail Ballot (if different from residential address)

_____ _____ _____ _____
Mailing Address / City / State / Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

## 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ____11/03/2020____ (date).

**Required** ▶ _Marissa Rowland_ 9-2-2020   785-121-1590
Signature of Voter / Date (MM/DD/YY) / Phone Number

FOR OFFICE USE ONLY Date App. Rec'd _____ Ballot Mailed _____ Transmitted by _____
Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594
KSA 25-1122d(a). Rev 9/24/19 tc

37128275787 KSAIB2B7357 KSR   SHAWNEE

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

D. 2882379. 0804.01. KR0055
**WILLIAM DAVID BROWN**
1334 SW WAYNE AVE
TOPEKA, KS 66604

### 1. Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___ , County of ___Shawnee___ , ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nondri...
must provide a copy of one of the following forms of photo identification with this ap...

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

**REDACTED**

BROWN JR WDB /    WILLIAM    D
*Last Name*    *First Name*    *M.I.*    Date of Birth (MM/DD/YY)

1334 SW WAYNE AVE    TOPEKA    KS    66604
*Residential Address*    *City*    *State*    *Zip Code*

Political Party (To be filled in only when requesting a primary election ballot): ☑ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

AUG 18 2020 AM11:41

_____    _____    _____    _____
Mailing Address    City    State    Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ____11/03/2020____ (date).

**Required** ▶ *William D. Brown*  8-17-2020  785-231 9461
     Signature of Voter      Date (MM/DD/YY)      Phone Number

FOR OFFICE USE ONLY Date App. Rec'd. _____ Ballot Mailed _____ Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 9/24/19 tc

37120253572 KSAI0194268 KSR

SHAWNEE

Office of the Kansas Secretary of State

## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

D. 2880284, 0056.01  KR0054
**RICHARD A BRADSHAW**
6444 SE PAULEN RD
BERRYTON, KS 66409

### Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of _KANSAS_, County of _SHAWNEE_, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas non[driver's ID number, I] must provide a copy of one of the following forms of photo identification with this ap[plication for a ball]ot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information    Please print.

| | | | |
|---|---|---|---|
| BRADSHAW | RICHARD | A | **REDACTED** |
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |
| 144 SE PAULEN RD | BERRYTON | KS | 66409 |
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☒ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

**RECEIVED**

AUG 19 2020

SHAWNEE COUNTY
ELECTION OFFICE

_____  _____
Mailing Address                City                State    Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature    Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ▶ _Richard L. Bradshaw_  _08-17-20_  _785-862-0164_
Signature of Voter        Date (MM/DD/YY)        Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 9/24/19 lc

37120230437 KSA10193968 KSR

SHAWNEE

VKS01

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

5562002, 1202.02, KR0053
**LAUREN NICOLE MEYER**
APT 4
2518 SW BRANDYWINE LN
TOPEKA, KS 66614-5268

### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of __Kansas__, County of __Shawnee__, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas r_____ber must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nondr_____
must provide a copy of one of the following forms of photo identification with this app_____t.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

~~DEGRAFF~~ Meyer                LAUREN ✓              N        **REDACTED**
Last Name          First Name               M.I.     Date of Birth (MM/DD/YY)
2518 SW BRANDYWINE LN APT 4      TOPEKA              KS              66614
Residential Address              City                State           Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☒ Democratic ☐ Republican

**RECEIVED**
AUG 31 2020
SHAWNEE COUNTY
ELECTION OFFICE

### 4. Address to Mail Ballot (if different from residential address)

_____     _____     _____
Mailing Address     City                State   Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on __11/03/2020__ (date).

**Required** ▶  *Lauren Meyer*      08/25/2020        785-817-1425
              Signature of Voter    Date (MM/DD/YY)   Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____
Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 9/24/19 tc

37120271717 KSAIB347662 KSR                                          SHAWNEE

VKS01
V2002

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

5932103, 1231.01, KR0053
**RAUL GARCIA SANTIAGO**
6436 SW 21ST TER
TOPEKA, KS 66614

### Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of _KANSAS_, County of _SHAWNEE_, ss: (where application is completed)

### 2. Voter Identification Requirements

COPY

I understand that my current and valid Kansas driver's license number or Kansas nondriver's ide_____ must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nondriver_____
must provide a copy of one of the following forms of photo identification with this applicatio_____ ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an _____ed Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

N/A
(G) **REDACTED**

GARCIA SANTIAGO _____ RAUL _____ (G) M.I. Date of Birth (MM/DD/YY)
Last Name                    First Name

436 SW 21ST TER _____ TOPEKA _____ KS _____ 66614
Residential Address                City              State       Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

RECEIVED
SEP 0 2 2020
SHAWNEE COUNTY
ELECTION OFFICE

### 4. Address to Mail Ballot (if different from residential address)

_____
Mailing Address                City              State       Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on _____11/03/2020_____ (date).

**Required** ▶   _(signature)_   08/30/2020   (785) 273-1655
Signature of Voter          Date (MM/DD/YY)       Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____
Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 9/24/19 tc

37120272082 KSAIB486639 KSR

SHAWNEE

Office of the Kansas Secretary of State

# Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

5160003. 1010.03. KR0053
**SANDRA JEAN SUTTON**
5700 SW AVALON LN
TOPEKA, KS 66604

### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___, County of ___Shawnee___, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number:

If I do not have a current and valid Kansas driver's license number or Kansas nor...r, I must provide a copy of one of the following forms of photo identification with this ...llot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ...
- Student ID c... ...econdary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

| ~~EUBANKS~~ Sutton | SANDRA | J | **REDACTED** |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |

| 5700 SW AVALON LN | TOPEKA | KS | 66604 |
|---|---|---|---|
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot) ☐ Democratic ☐ Republican  none

### 4. Address to Mail Ballot (if different from residential address)

| Same | | | |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

**Note:** The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

| **Required** ➤ | _Sandra J Sutton_ | 8/31/20 | 785-608-3814 |
|---|---|---|---|
| | Signature of Voter | Date (MM/DD/YY) | Phone Number |

FOR OFFICE USE ONLY  Date App. Rec'd _____  Ballot Mailed _____  Transmitted by _____
Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a), Rev 6/1/20 tc

Appellants' Appendix - Vol. IV - 855

SHAWNEE

Office of the Kansas Secretary of State
# Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

COPY

5572117, 0608.02, KR0058
**WILLIAM ROBERT SCOTT**
112 SE 38TH ST
TOPEKA, KS 66609

### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___, County of ___Shawnee___, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nondr_____
must provide a copy of one of the following forms of photo identification with this ap_____

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card _____ ndary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information    Please print.

| SCOTT | WILLIAM | R | ✓ **REDACTED** |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |
| 112 SE 38TH ST | TOPEKA | KS | 66609 ✓ |
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☒ Republican

RECEIVED
SEP 1  2020
SHAWNEE COUNTY
ELECTION OFFICE

### 4. Address to Mail Ballot (if different from residential address)

| | | | |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature    Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

| **Required** ▶ | _William Scott_ ✓ | _9/1/20_ | _785-250-0075_ |
|---|---|---|---|
| | Signature of Voter | Date (MM/DD/YY) | Phone Number |

FOR OFFICE USE ONLY  Date App. Rec'd. ___dr___  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

32150184688 KSAS0167980 KSR

SHAWNEE

KS01
2002

2895681, 0089.01, KR0052
JOSEPH C HENNES
7721 SW 10TH AVE
TOPEKA, KS 66615

Office of the Kansas Secretary of State
**Application for Advance Ballot by Mail**
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

. Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of _KANSAS_____ , County of _Shawnee_____ , ss: (where application is completed)

**2. Voter Identification Requirements**

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nondri[ver]...
must provide a copy of one of the following forms of photo identification with this app[lication]...

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card i[ssued by]... [secon]dary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

**3. Personal Information    Please print.**

| | | |
|---|---|---|
| HENNES | JOSEPH | C |
| Last Name | First Name | M.I. |

**REDACTED** Date of Birth (MM/DD/YY)

| | | | |
|---|---|---|---|
| 7721 SW 10TH AVE | TOPEKA | KS | 66615 |
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☒ Democratic  ☐ Republican

**4. Address to Mail Ballot (if different from residential address)**

| | | | |
|---|---|---|---|
| | | | |
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

**5. Voter Signature    Note: False statement on this affirmation is a severity level 9, nonperson felony.**

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ____11/03/2020_____ (date).

**Required** ▶ Joseph C Hennes   9/2/20          785-580-3532
Signature of Voter          Date (MM/DD/YY)          Phone Number

RECEIVED
SEP 4 2020
SHAWNEE COUNTY
ELECTION OFFICE

FOR OFFICE USE ONLY  Date App. Rec'd. _____ Ballot Mailed _____ Transmitted by _____
Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a), Rev 9/24/19 tc

37120272525  KSAI0199816  KSR

SHAWNEE

Office of the Kansas Secretary of State

**Application for Advance Ballot by Mail**

DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2879583 0040.01 KR0047
STUART L BAILEY
2343 SE TECUMSEH RD
TECUMSEH, KS 66542

. **Affirmation**

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___KS___, County of ___Shawnee___, ss: (where application is completed)

**2. Voter Identification Requirements**

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: ___

If I do not have a current and valid Kansas driver's license number or Kansas nondriv[er's]
must provide a copy of one of the following forms of photo identification with this appli[cation]

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card is[sued] [by an accredited post secondary] [education]ary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

**3. Personal Information**   Please print.

| BAILEY JR | STUART | L | **REDACTED** |
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |
| 343 SE TECUMSEH RD | TECUMSEH | KS | 66542 |
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

**4. Address to Mail Ballot (if different from residential address)**

| | | | |
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

**5. Voter Signature**   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ▶  *Stuart L Bailey*   09/01/2020   785-207-8276
Signature of Voter      Date (MM/DD/YY)      Phone Number

RECEIVED
SEP _ 2020
SHAWNEE COUNTY
ELECTION OFFICE

FOR OFFICE USE ONLY Date App. Rec'd. ___   Ballot Mailed ___   Transmitted by ___

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

32150183274 KSAS0123332 KSR

SHAWNEE

VKS01
V2002

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2904221. 1209.02. KR0056
MARC A MILNER
4101 SW 35TH TER
TOPEKA, KS 66614

### 1. Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ____KANSAS____, County of ____Shawnee____, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number _____**REDACTED**_____

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

**REDACTED**

| MILNER JR | MARC | A | |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |
| 4101 SW 35TH TER | TOPEKA | KS | 66614 |
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

| 4101 SW 35th Terr | Topeka | KS | 66614 |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

RECEIVED
SEP 11 2020
SHAWNEE COUNTY
ELECTION OFFICE

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ____11/03/2020____ (date).

**Required** ▶ _Marc Miln_   _9-8-20_   _785-350-1741_
Signature of Voter   Date (MM/DD/YY)   Phone Number

NO JR

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 9/24/19 tc

37128276191 KSAI8284221 KSR

SHAWNEE

Office of the Kansas Secretary of State
**Application for Advance Ballot by Mail**
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2942947  0606.01  KR0056
**BOHDAN PISOCKI**
3517 SW BRENDAN AVE
TOPEKA, KS 66611

COPY

### Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___KANSAS___, County of ___SHAWNEE___, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: **REDACTED**

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

**REDACTED**

PISOCKI ___ | BOHDAN | | |
Name | First Name | | M.I.
517 SW BRENDAN AVE | TOPEKA | | KS | 66611
3517 Residential Address | City | | State | Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic  ☐ Republican

RECEIVED
SEP 1 0 2020
SHAWNEE COUNTY
ELECTION OFFICE

### 4. Address to Mail Ballot (if different from residential address)

_____ | _____ | |
Mailing Address | City | State | Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ➤ _Bohdan Pisocki_ | _09/08/2020_ | _785 267-2208_
Signature of Voter | Date (MM/DD/YY) | Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

32150195682 KSA50132542 KSR

SHAWNEE

VKS01
V2002

Office
**App**
DOWNl

1151059, 0042.01, KR0054
**RAYLIENA CRIDLEBAUGH**
3531 SE CROCO RD
TOPEKA, KS 66605

*INVALID*

COPY

*I plan on voting in person.*

FORM
**AV1M**

## Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot

State of _____, County of _____, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

~~RASMUSSEN~~ *Cridlebaugh* RAYLIENA _____ J
1st Name          First Name          M.I.   Date of Birth (MM/DD/YY)

3531 SE CROCO RD _____   TOPEKA _____   KS ____   66605
Residential Address          City          State   Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

_____          _____   _____   _____
Mailing Address          City          State   Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

SEP 18 2020

SHAWNEE COUNTY
ELECTION OFFICE

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ____11/03/2020____ (date).

**Required** ⟩ _____   _____   _____
Signature of Voter          Date (MM/DD/YY)          Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a)  Rev 6/1/20 tc

Appellants' Appendix - Vol. IV - 861

36180038468  KSAR0009925 KSR

KS-SHAWNEE

VKS01
V2002

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV



FORM
AV1M

### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of _____, County of _____, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

*(handwritten across form: I AM VOTING IN PERSON AND I DO)*

### 3. Personal Information   Please print.

| PEREZ | FREDERICK | X | |
|---|---|---|---|
| Last Name | First Name | M.I. | |

2441 SE 29TH ST — TOPEKA — KS — 66605
Residential Address | City | State | Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

_____
Mailing Address | City | State | Zip Code

*(handwritten across form: NOT HAVE A MIDDLE NAME OR INITIAL)*

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date)

Required

*(signature)*

Signature of Voter | Date (MM/DD/YY) | Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

32150187911 KSAS0011161 KSR   @ 11 or Tookbird Anns A#

SHAWNEE

Office of the Kansas Secretary of State

# Application for Advance Ballot by Mail

DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2938217, 1007.01, KR0053
**KARRIE E PARKS**
1317 SW BURNETT RD
TOPEKA, KS 66604

COPY

## . Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___ , County of ___Shawnee___ , ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____ *Name change* _____

If I do not have a current and valid Kansas driver's license number or Kansas nondr _____ *Parks to* _____ t.
must provide a copy of one of the following forms of photo identification with this app _____ *Saunders* _____

PROVISIONAL

- • Driver's license issued by Kansas or another state
- • Nondriver's ID card issued by Kansas or another state
- • U.S. passport
- • Concealed carry of handgun license issued by Kansas or another state
- • Employee badge or ID document issued by a government office

- • U.S. military ID
- • Student ID card *Need to reg.* dary educational insti
- • Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

**REDACTED**

| SAUNDERS | KARRIE | | E | |
|---|---|---|---|---|
| Last Name | First Name | | M.I. | Date of Birth (MM/DD/YY) |
| 317 SW BURNETT RD | TOPEKA | | KS | 66604 |
| Residential Address | City | | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☒ Democratic ☐ Republican

**RECEIVED**

### 4. Address to Mail Ballot (if different from residential address)

OCT 0 2 2020

| | | | |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

SHAWNEE COUNTY
ELECTION OFFICE

**Note:** The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on
___11/03/2020___ (date).

Required ➤

| _Karrie Saunders_ | 09/29/20 | 785-806-4317 |
|---|---|---|
| Signature of Voter | Date (MM/DD/YY) | Phone Number |

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

33710169877 KSAU0119569 KSR

KS-SHAWNEE

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

5623569, 0707.01, KR0055
**ALEJANDRA Y RUIZ-ISLAS**
930 SW LINDENWOOD AVE
TOPEKA, KS 66606

### 1. Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of _Kansas_, County of _Shawnee_, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

*Sent reg 9-22*
*Name tlkd to*
*Change aleg.*
*9-22 ℒ*

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application to vote a provisional ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

RUIZ~~ISLAS~~ Newman | ALEJANDRA | Y | 🗙 | REDACTED
Last Name | First Name | M.I. | Date
930 SW LINDENWOOD AVE | TOPEKA | KS | 66606
Residential Address | City | State | Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

_____ | _____ | _____ | _____
Mailing Address | City | State | Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

**RECEIVED**

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

SEP 2 1 2020

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on _____11/03/2020_____ (date).

**Required** ➤ *Alejandra Ruiz Newman* | 09/16/2020 | 845 0726
Signature of Voter | Date (MM/DD/YY) | Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd _____ Ballot Mailed _____ Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a), Rev 6/1/20 tc

36188181949 KSAR0267146 KSR

KS-SHAWNEE

Appellate Case: 25-3138    Document: 24-4    Date Filed: 11/07/2025    Page: 114

## PHONE RECORD

**BE SURE TO STATE:**



- ☐ your name
- ☐ from election office
- ☐ the info. or question
- ☐ contact information
- ☐ thanks for their time

Voter Called:

Name _Alejandra Ruiz-Salas_

Address _____

Date: _9 - 22_    Time: _____

Phone Number: _845-0726_   Reg. Card   Adv Appl.   Directory

MSG   Machine    Talked To: _____

Information needed: _Alejandra_

_sent reg_



‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
6005848, 0702.01, KR0055
**JOSE CHRIS VARGAS**
2306 SW DUANE ST
TOPEKA, KS 66606

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

### 1. Affirmation

Affirmation of an Elector of the County of _____DOUGLAS_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of _**KANSAS**_ , County of _**DOUGLAS**_ , ss: (where application is completed)

### 2. Voter Identification Requirements

OCT 18 2020 PM 8:51

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _   **REDACTED**

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

| VARGAS | JOSE | C | |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |
| 2614 BONANZA ST | LAWRENCE | KS | 66046 |
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

| 2306 SW DUANE | TOPEKA | KS | 66606 |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on _____11/03/2020_____ (date).

| **Required** ▶ | _signature_ | 10/08/2020 | 785-830-0756 |
|---|---|---|---|
| | Signature of Voter | Date (MM/DD/YY) | Phone Number |

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a), Rev 6/1/20 tc

VKS01
V2002

Office of the Kansas Secretary of State
# Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV



FORM
AV1M

## 1. Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___K S___, County of ___Shawnee___, ss: (where application is completed)

## 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: __

**REDACTED**

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

## 3. Personal Information   Please print.

**REDACTED**

| LEMASTER | TERRI ✓ | L |
| Last Name | First Name | M.I. |

Date of Birth (MM/DD/YY)

| 919 SW TYLER ST APT 2 | TOPEKA | KS | 66612 |
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

## 4. Address to Mail Ballot (if different from residential address)

| 919 SW Tyler 2 | TOPeka | KS | 66612 |
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

OCT 07 2020

SHAWNEE COUNTY
ELECTION OFFICE

## 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ➤ Terri Lemaster   10/5/20   785-580-8091

| Signature of Voter | Date (MM/DD/YY) | Phone Number |

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

33718192276  KSAU0152453 KSR

KS-SHAWNEE

VKS01

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2954162, 0057.01, KR0054
**JOHN EUGENE MATTOX**
5451 SE 61ST ST
BERRYTON, KS 66409

### 1. Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of _Kansas_, County of _Shawnee_, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____ **REDACTED**

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

MATTOX                         JOHN                          E          **REDACTED**
Last Name                      First Name                    M.I.       Date of Birth (MM/DD/YY)
~~3020 NE SEWARD AVE~~                        ~~TOPEKA~~      KS         ~~66616~~
Residential Address  5451 SE 61st Street   City Berryton     State KS   Zip Code 66409
Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☒ Republican

### 4. Address to Mail Ballot (if different from residential address)

Mailing Address                City                          State      Zip Code

**Note:** The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on _____11/03/2020_____ (date).

OCT 14 2020
SHAWNEE COUNTY

Required ▶   _Jol E. Mattox_   _10-10-20_   _785-409-3837_
Signature of Voter             Date (MM/DD/YY)              Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 9/24/19 tc

SHAWNEE

Office of the Kansas Secretary of State

## Application for Advance Ballot by Mail

DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2929950, 1203.01, KR0053
**CYNTHIA EDNA STUBBS**
2263 SW WESTPORT PL
TOPEKA, KS 66614

### 1. Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of _____KS_____, County of _____SN_____, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: **REDACTED**

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information    Please print.

| STUBBS | CYNTHIA | E | **REDACTED** |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |

| 6143 SW BROOKFIELD CIR | TOPEKA | KS | 66614 |
|---|---|---|---|
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic  ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

| 2263 SW Westport PL. | Topeka | KS | 66614 |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

RECEIVED

OCT 0 5 2020

SHAWNEE COUNTY
ELECTION OFFICE

### 5. Voter Signature    Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on _____11/03/2020_____ (date).

| Required ▶ | _[signature]_ | 10-1-20 | 785 249 7487 |
|---|---|---|---|
| | Signature of Voter | Date (MM/DD/YY) | Phone Number |

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

Appellants' Appendix - Vol. IV - 869

6180194417 KSAR0130056 KSR

KS-SHAWNEE

VKS01
V2002

Office of the Kansas Secretary of State

**Application for Advance Ballot by Mail**

DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

**RECEIVED**

AUG 3 1 2020

SCOTT SCHWAB
SECRETARY OF STATE

FORM
**AV1M**

### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State

State of ___KANSAS___, County of ___11/11___, s

5990683, 0704.01, KR0055

**MICHAEL L PROBST**
APT 15
3811 SW 7TH ST
TOPEKA, KS 66606

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number:   **REDACTED**   ✓

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

COPY

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office
- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

| PROBST | MICHAEL | L | |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |

1605 SW POLK ST APT B   *old res mv*   TOPEKA   KS   66612
Residential Address   City   State   Zip Code

Political Party (To be filled in only when requesting a primary election ballot):  ☐ Democratic  ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

3811 S.W. 7th APT 15   *new res mv*   Topeka   KS   66606
Mailing Address   City   State   Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election. **RECEIVED**

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

SEP 3 2020

SHAWNEE COUNTY
ELECTION OFFICE

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ► _Michael L Probst_   08-28-20   785-861-5225
Signature of Voter   Date (MM/DD/YY)   Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____ Ballot Mailed _____ Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a), Rev 9/24/19 tc

Appellants' Appendix - Vol. IV - 870

3712026R98R KSAT043912R KSR   SHAWNEE

Office of the Kansas Secretary of State

# Application for Advance Ballot by Mail

DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2926110. 0908.02. KR0056
**KELLY I GALBRAITH**
APT 202
3120 SW TWILIGHT CT
TOPEKA, KS 66614

## 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___, County of ___Shawnee___, ss: (where application is completed)

## 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: ___ **REDACTED** ___

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

## 3. Personal Information   Please print.

GALBRAITH ___ KELLY ___ I ___
Last Name / First Name / M.I.
3120 SW TWILIGHT CT APT 202 ___ TOPEKA ___ KS ___ 66614 ___
Residential Address / City / State / Zip Code

SEP 1 0 2020
SHAWNEE COUNTY
ELECTION OFFICE

Date of Birth (MM/DD/YY)

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

## 4. Address to Mail Ballot (if different from residential address)

3120 SW Twilight Ct. 202 ___ Topeka ___ KS ___ 66614 ___
Mailing Address / City / State / Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

## 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ▶ _Kelly Galbraith_ ___ 9/4/2020 ___ 785-230-3938
Signature of Voter / Date (MM/DD/YY) / Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd _____  Ballot Mailed _____  Transmitted by _____   JRH

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

32158197689 KSAS0127046 KSR ___ SHAWNEE

Office of the Kansas Secretary of State
**Application for Advance Ballot by Mail**
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

5848609, 0912.01, KR0056
SABRINNA M RIVERA-SANCHEZ
APT 6
2130 SW MACVICAR AVE
TOPEKA, KS 66611

VKS01
V2002

**1. Affirmation**

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___, County of ___US___, ss: (where application is completed)

**2. Voter Identification Requirements**

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: ___**REDACTED**___

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

**3. Personal Information**   Please print.

RIVERA SANCHEZ                SABRINNA            M       **REDACTED**
Last Name                     First Name          M.I.    Date of Birth (MM/DD/YY)

2130 SW MACVICAR AVE APT 5 ~~wrong~~ TOPEKA    OK per Say - LC   KS      66611
Residential Address    APT #6    City                    State      Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

**4. Address to Mail Ballot (if different from residential address)**

*The right way*  2130 SW MacVicar Ave Apt 6   Topeka          KS      66611
Mailing Address                    City                        State   Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

**RECEIVED**

**5. Voter Signature**   Note: False statement on this affirmation is a severity level 9, nonperson felony.

SEP 2 3 2020
SHAWNEE COUNTY

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ▶ *Sabrina K*        18 sept 2020    785-431-9134
                Signature of Voter     Date (MM/DD/YY)    Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. ___   Ballot Mailed ___  Transmitted by ___
Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

Appellants' Appendix - Vol. IV - 872

36180185865 KSAR0280213 KSR

KS-SHAWNEE

Office of the Kansas Secretary of State

## Application for Advance Ballot by Mail

DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2897237, 0603.01, KR0056
**LINDA KAY JACKSON**
UNIT 5
1205 SW 29TH ST
TOPEKA, KS 66611

### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot

State of ___Kansas___, County of ___Shawnee___, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas n_____ber must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nond_____ must provide a copy of one of the following forms of photo identification with this ap_____ot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

JACKSON               LINDA               K          **REDACTED**
Last Name             First Name          M.I.       Date of Birth (MM/DD/YY)

1205 SW 29TH ST APT 102RW          TOPEKA          KS          66611
Residential Address   OK to process - LC      City    State    Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

Residence  1205 SW 39th St   Apt 5      Topeka          Ks.      66611
Mailing Address                          City            State    Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

**RECEIVED**

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

SEP 2 8 2020

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

SHAWNEE COUNTY
ELECTION OFFICE

**Required** ▶  Linda K. Jackson
Signature of Voter          Date (MM/DD/YY)          Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a), Rev 6/1/20 tc

36180038748 KSAR0124669 KSR                                                    KS-SHAWNEE

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

Jamie Jo Souders

5764616, 454445
**JAMIE JO DAWN SOUDERS**
1138 E 1300 RD
LAWRENCE, KS 66046

### 1. Affirmation

Affirmation of an Elector of the County of _____SHAWNEE_____ and {

State of ___Kansas___, County of _Wakarusa_

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Curren_____ license number or nondriver's identification card number: _____

If I do [Needsto @-reg 9-24 Put Duty 9/24] as driver's license number or Kansas nondriver's identification card number, I must _____ ing forms of photo identification with this application in order to receive a ballot.

- _____ other state
- _____ or another state
- _____ sued by Kansas
- Employee badge or ID _____ ed by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

*Not reg*    **REDACTED**

### 3. Personal Information    Please print.

| SOUDERS | JAMIE JO | | D | |
| Last Name | First Name | | M.I. | Date of Birth (MM/DD/YY) |

| 1134 SE 93RD ST | WAKARUSA | KS | 66546 |
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

| _____ | _____ | _____ | _____ |
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature    Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on _____11/03/2020_____ (date).

**Required** ▶ | *Jamie Souders* | 09/03/2020 | 785-550-6707 |
| Signature of Voter | Date (MM/DD/YY) | Phone Number |

FOR OFFICE USE ONLY Date App. Rec'd. _____ Ballot Mailed _____ Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a), Rev 9/24/19 to

sent 10/20/ Appellants' Appendix - Vol. IV - 874

37120263884 KSAI0420680 KSR

SHAWNEE

VKS01
V2002

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

FORM
**AV1M**

### 1. Affirmation

Affirmation of an Elector of the County ~~and~~ *See note on back of letter.* ~~te~~ of Kansas Desiring to Vote an Advance Voting Ballot
State of _____, C~~o~~  ss: (where application is completed)

### 2. Voter Identification Requiremen~~t~~

I understand that my current and valid  *Wrong address Sent in by another person*  ~~or~~ Kansas nondriver's identification card number
must be provided in order to receive a

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I
must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

| GINTER | JOSEPH | P |  |  |
|---|---|---|---|---|
| Last Name | First Name | M.I | Date of Birth (MM/DD/YY) | |

| 1047 NE CHESTER AVE | TOPEKA | KS | 66616 |
|---|---|---|---|
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am
authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am
entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on
____11/03/2020____ (date).

SHAWNEE COUNTY

OCT 0 2 2020

**Required** ▶ _____   _____   ~~RECEIVED~~
  Signature of Voter    Date (MM/DD/YY)    Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

*Invalid App*

33710195916 KSAU0228757 KSR

KS-SHAWNEE

Office of the Kansas Secretary of State
**Application for Advance Ballot by Mail**      Emily Gordon
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

. **Affirmation**

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___ , County of ___Douglas___ , ss: (where application is completed)

**2. Voter Identification Requirements**

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: __ **REDACTED** _____

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

**3. Personal Information**   Please print.

| GORDON | EMILY | A | |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |
| 418 SW BINGHAM RD | TOPEKA | KS | 66614 |
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☑ Democratic ☐ Republican

**4. Address to Mail Ballot (if different from residential address)**

| 1420 Apple Ln. (Unit #11) | Lawrence | KS | 66049 |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

**5. Voter Signature**   Note: False statement on this affirmation is a severity level 9, nonperson felony.

SEP 17 2020
SHAWNEE COUNTY
ELECTION OFFICE

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ▶ _____CMC_____   09/12/20   (785) 640-9577
Signature of Voter        Date (MM/DD/YY)        Phone Number

Transferred to Douglas Ct 9/10/2020 Cpr

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____
Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

Appellants' Appendix - Vol. IV - 876

SHAWNEE

32150212905 KSAS0306075 KSR

Appellate Case: 25-3138   Document: 24-4   Date Filed: 11/07/2025   Page: 126

VKS01
V2002

Office of the Kansas Secretary of State
# Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

COPY

FORM
AV1M

## 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___, County of ___Shawnee___, ss; (where application is completed)

## 2. Voter Identification Requirements

I understand that my current and valid [...] number or Kansas nondriver's identification card number must be provided in order to [...]

Current Kansas driver's licens[...] ation card number: ___REDACTED___

If I do not have a current and v[...] ber or Kansas nondriver's identification card number, I must provide a copy of one of [...] ification with this application in order to receive a ballot.

*(handwritten note)* No Records Found In EVis Douglas Cty Mail Voter

- Driver's license issued by Ka[...]
- Nondriver's ID card issued by[...]
- U.S. passport
- Concealed carry of handgun li[...]
  or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

## 3. Personal Information   Please print.

| DEPRIEST | MARKUS | K |
|---|---|---|
| Last Name | First Name | M.I. |

| 4221 SE VIRGINIA CT | TOPEKA | KS | 66609 |
|---|---|---|---|
| Residential Address | City | State | Zip Code |

Date of Birth (MM/DD/YY)

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

## 4. Address to Mail Ballot (if different from residential address)

| 927 Emery Rd Apt A304 | Lawrence | KS | 66044 |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

**Note:** The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

RECEIVED
SEP 1 8 2020
SHAWNEE COUNTY

## 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ➤ *(signature)* Markus Ofwart   REDACTED   785-409-5535

| Signature of Voter | Date (MM/DD/YY) | Phone Number |
|---|---|---|

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

INVALID - SEE NOTE

Appellants' Appendix - Vol. IV - 877

32150193328 KSAS0327460 KSR

SHAWNEE

VKS01
V2002

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

FORM
AV1M

### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ an Advance Voting Ballot
State of _Kansas_, County of _United stat_ completed)

*No Records Found Labette CY Voter*

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license n_____ification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: ___REDACTED___

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office
- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

___REDACTED___

BROWN | SAMANTHA | J
Last Name | First Name | M.I. | Date of Birth (MM/DD/YY)

2001 SW JEWELL AVE APT ~~70~~ 49 | TOPEKA | KS | 66621
Residential Address | City | State | Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

_____ | _____ | _____ | _____
Mailing Address | City | State | Zip Code

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

AUG 2 4 2020

SHAWNEE COUNTY
ELECTION OFFICE

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** | _Sam Brown_ | 08/19/20 | 620-423-2543
Signature of Voter | Date (MM/DD/YY) | Phone Number

*INVALID - SEE NOTE*

FOR OFFICE USE ONLY  Date App. Rec'd. _____ Ballot Mailed _____ Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 9/24/19 tc

Appellants' Appendix - Vol. IV - 878

37120297598 KSAI0403094 KSR

SHAWNEE

VKS01
V2002

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

COPY

FORM
AV1M

### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___, County of ___Johnson___, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that ~~Kansas~~ driver's license number or Kansas nondriver's identification card number
must b~~e~~ ~~ballot.

Curren~~t~~ or nondriver's identification card number: _____

If I do n~~ot~~ ~~Kansas driver's license n~~ as nondriver's identification card number, I
must pr~~ovide~~ ~~forms o~~ this application in order to receive a ballot.

*Appears he is reg at 8839 Cottonwood Lenexa*

- ~~~~ or another
- Nondriver's ID card issued by Kansas or an~~other~~
- U.S. passport
- Concealed carry of handgun license issued by or another state
- Employee badge or ID document issued by a g~~overnment~~

- ~~milit~~ary ID
- ~~ID~~ card issued by an accredited Kansas postsecondary ~~educationa~~l institution
- ~~assis~~tance ID card issued by a government office
- ~~issu~~ed by an Indian tribe

### 3. Personal Information   Please print.

**REDACTED**

| WRIGHT | TYLER | J | |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |
| 4116 NE WENONAH RD | ~~TO~~PEKA | KS | 66617 |
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican   *Independent*

### 4. Address to Mail Ballot (if different from residential address)

| 8839 Cottonwood ST | Lenexa | KS | 66215 |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

**Note:** The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

OCT 0 9 2020
SHAWNEE

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ▶  *[signature]*   *10/6/2020*   *620-794-9192*
Signature of Voter   Date (MM/DD/YY)   Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd: _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a), Rev 6/1/20 tc

32150204232 KSAS0216049 KSR

SHAWNEE

Office of the Kansas Secretary of State

**Application for Advance Ballot by Mail**

DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

5193357  0096 01  KR0052

**SARAH MARIE ROSE**
8645 SW STATE ROAD K4
TOPEKA, KS 66614

COPY

**Affirmation**

Affirmation of an Elector of the County of _____SHAWNEE_____ and State of Kansas Desiring to Vote an Advance Voting Ballot

State of ___Kansas___, County of ___Shawnee___, ss: (where application is completed)

**2. Voter Identification Requirements**

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: ___**REDACTED**___

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

**3. Personal Information**   Please print.

**REDACTED**

| ROSE | SARAH | M | |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |
| 25 SW CAMBRIDGE AVE | TOPEKA | KS | 66606 |
| Residential Address  *old Res.* | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

**4. Address to Mail Ballot (if different from residential address)**

| 8645 SW Highway K-4 | Topeka | KS | 66606 |
|---|---|---|---|
| Mailing Address  *NEW RES.* | City | State | Zip Code |

*14 crn*

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

**5. Voter Signature**   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

| **Required** ▶ | *Sarah Rose* | 8/14/2020 | 785-845-6329 |
|---|---|---|---|
| | Signature of Voter | Date (MM/DD/YY) | Phone Number |

FOR OFFICE USE ONLY  Date App. Rec'd: _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594

KSA 25-1122d(a). Rev 9/24/19 1c

37128265874 KSAIB25522B KSR

SHAWNEE

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2946018, 0303.01, KR0055
**GERALD LEROY BOWERS**
APT 3
910 SW 8TH AVE
TOPEKA, KS 66606

### 1. Affirmation

Affirmation of an Elector of the County of ___SHAWNEE___ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of ___Kansas___, County of ___Shawnee___, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

**REDACTED**

| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |
|---|---|---|---|
| BOWERS | GERALD | L | |

Residential Address ~~12 SW 8TH AVE APT 1~~  910 S.W. 8th ave #3   City TOPEKA   State KS   Zip Code 66606

Political Party (To be filled in only when requesting a primary election ballot): ☑ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

Mailing Address  910 S.W. 8th Ave #3   City TopeKa   State KS   Zip Code 66606

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ___11/03/2020___ (date).

**Required** ▶  Gerald L Bowers    8-28-2020    785 817-1043
Signature of Voter   Date (MM/DD/YY)   Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

Appellants' Appendix - Vol. IV - 881

SHAWNEE

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2886469, 1003.02, KR0053
**MARY LEE MCCURRY**
APT 601
4900 SW HUNTOON ST
TOPEKA, KS 66604

### 1. Affirmation

Affirmation of an Elector of the County of ____SHAWNEE____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of __Kansas__, County of __Shawnee__, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nond_____ I must provide a copy of one of the following forms of photo identification with this ap_____ ot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card _____ ondary educational ins_____
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

| MCCURRY | MARY | L | **REDACTED** |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |

| 4900 SW HUNTOON ST APT ~~208~~ 601 | TOPEKA | KS | 66604 |
|---|---|---|---|
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

| | | | |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on
____11/03/2020____ (date)

**Required** ➤  *Mary A McCurry*     09-1-2020     785 430 1955
Signature of Voter     Date (MM/DD/YY)     Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____ SEP 4 2020

SHAWNEE COUNTY ELECTION OFFICE

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594
KSA 25-1122d(a). Rev 6/1/20 tc

SHAWNEE

VKSIll
V2002

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV

2957608. 0415.01  KR0056
**ALAN R WARD, SR**
APT K78
1320 SW 27TH ST
TOPEKA, KS 66611

### 1. Affirmation

Affirmation of an Elector of the County of ____SHAWNEE____ and State of Kansas Desiring to Vote an Advance Voting Ballot
State of __Kansas__, County of __Shawnee__, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas n̶ ____ ber must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: ____

If I do not have a current and valid Kansas driver's license number or Kansas nond ____ must provide a copy of one of the following forms of photo identification with this ap ____

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office
- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

REDACTED

| WARD SR | ALAN | R | Date of Birth (MM/DD/YY) | |
|---|---|---|---|---|
| Last Name | First Name | M.I. | | |
| 1320 SW 27TH ST APT K̶8̶6̶ K78 | TOPEKA | KS | | 66611 |
| Residential Address | City | State | | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☒ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

| 1320 SW 27th St., Apt K78 | Topeka | KS | 66611 |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

Note: The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ____11/03/2020____ (date).

**Required** ▶ _Alan R. Ward_  08-30-2020       785-430-3179
Signature of Voter          Date (MM/DD/YY)          Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd ____   Ballot Mailed ____   Transmitted by ____
Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 9/24/19 tc

37120277957 KSAI0210709 K5R

SHAWNEE