UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| VOTEAMERICA and VOTER PARTICIPATION CENTER,<br><br>v.<br><br>SCOTT SCHWAB, in his official capacity as Kansas Secretary of State; KRIS KOBACH, in his official capacity as Kansas Attorney General; and STEPHEN M. HOWE, in his official capacity as District Attorney of Johnson County | Case No. 25-3138 |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Honest Elections Project, Amicus Curiae, in the above-captioned case(s).

/s/ Dallin B. Holt
Dallin B. Holt
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2555 East Camelback Road, Suite 700.
Phoenix, AZ 85016
Phone: (602) 388-1262
Email: dholt@holtzmanvogel.com

/s/ Jason Torchinsky
Jason Torchinsky
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC

2300 N Street NW, Suite 643
Washington, DC 20037
Phone: (202) 737-8808
Email: jtorchinsky@holtzmanvogel.com

/s/ Saritha Komatireddy
Saritha Komatireddy
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
5360 Genesee Street, Suite 203
Buffalo, NY 14026
Phone: (716) 647-6103
Email: skomatireddy@holtzmanvogel.com

/s/ Andrew Wilson
Andrew Wilson
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
1221 Broadway, Suite 2100
Nashville, TN 37203
Phone: (615) 981-1041
Email: awilson@holtzmanvogel.com

/s/ Daniel Bruce
Daniel Bruce
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Highway
Haymarket, VA 20169
Phone: (540) 341-8808
Email: dbruce@holtzmanvogel.com

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

12/8/2025
Date

/s/ *Dallin B. Holt*

Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I certify pursuant to Fed. R. App. P. 25 and 10th Cir. R. 25.4 that on this 8th day of December, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which in turn caused electronic notifications of such filing to be sent to all counsel of record.

*/s/ Dallin B. Holt*
Dallin B. Holt
